*FILED ON DEMAND*

*ORIGINAL*

### District Court of the United States
### For North Texas

2014 OCT 21  PM 4: 02

CLERK OF COURT

| | |
|---|---|
| Glenn Winningham; house of Fearn | ] |
| **Demandant** | ] |
| | ] |
| v | ] **Case Number** |
| | ] |
| WELLS FARGO, INC. | ] **4 - 14CV - 853  A** |
| John G. Stumpf, Chairman, President, and CEO | ] |
| Dick Kovacevich, former Chairman, President and CEO, | ] |
| James M. Strother, General Counsel | ] |
| Stanley Stroup, former Chief Counsel | ] |
| Jeff Nickerson, Manager | ] |
| Britney, ID # 6163 | ] |
| | ] |
| **Respondents** | ] |

---

## CLAIM FOR RELIEF BY DECLARATION

I, Me, My, or Myself, also known as Glenn Winningham; house of Fearn, hereinafter known as the Demandant, a sovereign living soul, a Texas citizen, and thereby an American national, and a holder of the office of "the people", and a judicial power citizen by right of blood, hereby petitions My servants in the government for a redress of his grievances pursuant to his Article One in Amendment unlimited and un-regulatable right, as a belligerent claimant

**"The privilege against self-incrimination is neither accorded to the passive resistant, nor the person who is ignorant of his rights, nor to one indifferent thereto. It is a <u>fighting clause</u>. Its benefits can be retained <u>only by sustained combat</u>. It <u>can not be retained by attorney or solicitor</u>. It is valid only when <u>insisted upon by a belligerent claimant in person</u>. The one who is <u>persuaded by honeyed words or moral suasion to testify or produce documents</u> rather than make a last ditch stand, simply loses the protection. Once he testifies to part, he has waived his right and must on cross examination or otherwise, testify as to the whole transaction. He must <u>refuse to answer or produce</u>, and test the matter in contempt proceedings, or by habeas corpus."** District Judge James Alger Fee <u>United States v. Johnson</u>, 76 F. Supp. 538 (at page 540) District Court, M.D. Pennsylvania Feb. 26, 1947, and further,

# NOTICE TO ALL CLERKS MASQUERADING AS JUDGES AND DEMAND FOR COMMON LAW

1.      When dealing with any statute, Judges cease to be judges and become Clerks, who are working for the Agency involved

**""When acting to enforce a statute and its subsequent amendments to the present date, the judge of the municipal court is acting as an administrative officer and <u>not in a judicial capacity</u>; courts administrating or enforcing statutes do not act judicially, but merely ministerially….but <u>merely act as an extension as an agent for the involved agency</u> -- but only in a "ministerial" and not a "discretionary capacity..."** Thompson v. Smith, 154 S.E. 579, 583; Keller v. P.E., 261 US 428; F.R.C. v. G.E., 281, U.S. 464.

**"...judges who become involved in enforcement of mere statutes (civil or criminal in nature and otherwise), act as mere "clerks" of the involved agency..."** K.C. Davis, ADMIN. LAW, Ch. 1 (CTP. West's 1965 Ed.)

**"It is the accepted rule, not only in state courts, but, of the federal courts as well, that when a judge is enforcing administrative law they are described as mere 'extensions of the administrative agency for superior reviewing purposes' as a ministerial clerk for an agency..."** 30 Cal 596; 167 Cal 762.

**"There are no Judicial courts in America and there has not been since 1789. Judges do not enforce Statutes and Codes. Executive Administrators enforce Statutes and Codes. There have not been any Judges in America since 1789. There have just been Administrators."** FRC v. GE 281 US 464, Keller v. PE 261 US 428 1Stat. 138-178

**"Ministerial officers are incompetent to receive grants of judicial power from the legislature, their acts in attempting to exercise such powers are necessarily nullities"** Burns v. Sup., Ct., SF, 140 Cal. 1, and further,

2.      Clerks masquerading as Judges have no immunity and are fully liable, in their personal capacity for their actions

**"Officers of the court have no immunity, when violating a constitutional right, for they are deemed to know the law."** Owens v Independence 100 S.C.T. 1398 (Ezra 7:23-26)

**"...where any state proceeds against a private individual in a judicial forum it is well settled that the state, county, municipality, etc. waives any immunity to counters, cross claims and complaints, by direct or collateral means regarding the matters involved."** Luckenback v. The Thekla, 295 F 1020, 226 Us 328; Lyders v. Lund, 32 F2d 308;

**"When enforcing mere statutes, judges of all courts do not act judicially"** (and thus are not protected by "qualified" or "limited immunity," - SEE: Owen v. City, 445 U.S. 662; Bothke v. Terry, 713 F2d 1404) - - **but merely act as an extension as an agent for the involved agency -- but only in a "ministerial" and not a "discretionary capacity..."** Thompson v. Smith, 154 S.E. 579, 583; Keller v. P.E., 261 US 428; F.R.C. v. G.E., 281, U.S. 464. **Immunity for judges does not extend to acts which are clearly outside of their jurisdiction.** Bauers v. Heisel, C.A. N.J. 1966, 361 F.2d 581, Cert. Den. 87 S.Ct. 1367, 386 U.S. 1021, 18 L.Ed. 2d 457 (see also Muller v. Wachtel, D.C.N.Y. 1972, 345 F.Supp. 160; Rhodes v. Houston, D.C. Nebr. 1962, 202 F.Supp. 624 affirmed 309 F.2d 959, Cert. den 83 St. 724, 372 U.S. 909, 9 L.Ed. 719, Cert. Den 83 S.Ct. 1282, 383 U.S. 971, 16 L.Ed. 2nd 311, Motion denied 285 F.Supp. 546).

**"An officer who acts in violation of the Constitution ceases to represent the government".** Brookfield Const. Co. v. Stewart, 284 F. Supp. 94.

**"Ignorance of the law does not excuse misconduct in anyone, least of all in a sworn officer of the law."** In re McCowan (1917), 177 C. 93, 170 P. 1100.

**"In arriving at our decision in this matter we do not depart in any way from our holding in Huendling v. Jensen  [*300] that the doctrine of judicial immunity extends to courts of limited jurisdiction. But, when a minor magistrate acts wholly without jurisdiction, civil liability attaches for his malicious and corrupt abuse of process and his willful and malicious oppression of any person under the pretense of acting in his official capacity. See Huendling v. Jensen, 168 N.W.2d at 749 and authorities cited."** 188 N.W.2d 294; 1971 Iowa Sup. LEXIS 863; 64 A.L.R.3d 1242, and further,

3.     The Constitution for the United States of America requires that the Demandant

be provided with lawful Article III Judges

**"ART. III. § 1. The judicial power of the United States shall be vested in one Supreme Court, and in such inferior courts as the Congress may, from time to time, ordain and establish. The judges, both of the Supreme and inferior courts, shall hold their offices during good behaviour; and shall, at stated times, receive for their services, a compensation, which shall not be diminished during their continuance in office.**
**§ 2. The judicial power shall extend to all cases, in law and equity, arising under this Constitution, the laws of the United States, and treaties made, or which shall be made, under their authority; to all cases affecting ambassadors, other public ministers, and consuls; to all cases of admiralty and maritime jurisdiction; to controversies to which the United States shall be a party;- to controversies between two or more States, between a State and citizens of another State, between citizens of different States, between citizens of the same State claiming**

lands under grants of different States, and between a State, or the citizens thereof and foreign States, citizens or subjects." 1 Stat. 17-18, and further,

4.    The Demandant **DEMANDS** a lawful judge under The Constitution for the United States of America, Article III, and common law, as contemplated by the founding fathers, and anything else is a violation of the Demandant's rights;

**"It is a fundamental right of a party to have a neutral and detached judge preside over the judicial proceedings."** Ward v Village of Monroeville, 409 U.S. 57, 61-62, 93 S.Ct 80, 83, 34 L.Ed. 2d 267 (1972); Tumey v Ohio, 273 U.S. 510, 5209, 47 S. Ct. 437, 440, 71 L.Ed. 749 (1927), and further,

5.    All Clerks masquerading as Judges are impersonating a public official

**"(a)  A person commits an offense if he:**
**(1)  impersonates a public servant with intent to induce another to submit to his pretended official authority or to rely on his pretended official acts;  or**
**(2)  knowingly purports to exercise any function of a public servant or of a public office, including that of a judge and court, and the position or office through which he purports to exercise a function of a public servant or public office has no lawful existence under the constitution or laws of this state or of the United States.**
**(b)  An offense under this section is a felony of the third degree."** Texas Penal Code, Section 37.11. IMPERSONATING PUBLIC SERVANT, [emphasis added], and further,

6.    All Clerks masquerading as Judges are hereby Noticed that they can put their equity and their statutes up their rectal orifice, and further,

7.    The Demandant fully comprehends how United Nations Clerks masquerading as judges on this court and numerous other courts, have repeatedly denied the Demandant a remedy because it supports their bankruptcy and their thieving bankster handlers, and it makes so much business and they can thereby justify their existence, as explained in the Demandant's Youtube videos under the profile sovereignliving, and whether the Judge in this case is actually a Judge, or in reality a Clerk is yet to be seen, and further,

## DEMAND FOR RELIEF

8.    This Claim for Relief is brought because the Demandant is a State citizen as described in the Constitution for the United States of America Article 4, Section 2, Clause 1

**"The Citizens of each State shall be entitled to all Privileges and Immunities of Citizens in the several States."** US Constitution Article 4, Section 2, Clause 1

and there are no true State Courts available because all so-called state courts are actually national courts with United Nations Clerks masquerading as judges, under the national UNIDROIT Treaty. Wells Fargo Bank, Inc., is a national corporation, and all of the Respondents are US citizens

**"There has been created a fictional federal State (of) xxxxxx within a state. See Howard v. Sinking Fund of Louisville, 344 U.S. 624, 73 S.Ct. 465, 476, 97 L.Ed. 617 (1953)";** Schwarts v. O'Hara TP School District, 100 A 2d. 621, 625, 375, Pa. 440, and further,

9.    This Claim for Relief is issued pursuant to <u>your</u> Rule 201 of <u>your</u> Rules of Evidence, and further,

10.    The use by the Demandant of any statutes, codes, rules, regulations, or court citations, within any document created by the Demandant, at any time, is only to notice that which is applicable to the Demandant's servants, and is not intended, not shall it be construed, to mean that the Demandant has conferred, submitted to, or entered into any jurisdiction alluded to thereby, and further,

11.    The Demandant is not in ANY event, making any pleadings, or otherwise begging, and is NOT a Plaintiff, or anything but a Demandant. This is a **<u>Demand for Relief</u>**, and nothing else, and further,

12.    The Demandant has sealed this Claim for Relief pursuant to locus sigili

**"locus sigilli - The place of the seal. Today this phrase is almost always abbreviated "L.S." "** Black's Law Dictionary 9th Edition, page 1026, and further,

# **THE PARTIES**

13.     The Demandant is a sovereign living soul, a holder of the office of "the people", a judicial power citizen by right of blood, and a state Citizen as described herein, and further,

14.     The WELLS FARGO, INC., is a national corporation set up under the National Bank Act, and further,

15.     Britney who refused to provide a last name, did tell the Demandant that her ID number was 6163 and worked in the Loss Prevention Department, and is being sued in her personal capacity, and further,

16.     Stanley Stroup is the Chief Counsel, or former Chief Counsel for Wells Fargo Bank, and is a member of the BAR, and a lawyer, and was served with the Notice, as evidenced by the Wells Fargo Criminal Complaint 072808, therefore he has personal knowledge, and is being sued in his personal capacity, and further,

17.     Dick Kovacevich is the former Chairman, President and CEO of Wells Fargo Bank, Inc., and was served with the Notice, as evidenced by the Wells Fargo Criminal Complaint 072808, therefore he has personal knowledge, and is being sued in his personal capacity, and further,

18.     John G. Stumpf, Chairman, President, and CEO, is the successor for Dick Kovacevich, and is being sued in his personal capacity, and further,

19.     James M. Strother, General Counsel, is the successor for Stanley Stroup, and is being sued in his personal capacity, and further,

20.     Jeff Nickerson, is the manager, or former manager, of the Wells Fargo Bank located at 2850 Heritage Trace Parkway, in Fort Worth, Texas, and further,

## **THE FACTS**

21.     In the year two thousand and Seven, the Demandant set up a bank account for

American Engineering Services, LLC with Wachovia Bank. At the time the Demandant provided all of the required paperwork to Wachovia that they needed, a copy of the Demandant's US Passport, a letter of Appointment as General Manager for American Engineering Services, LLC, and a copy of a Declaration that the Demandant submitted to the US Supreme Court in case 07-5674 that stated that the Demandant did not have a Social Security Number, and further,

22.     The Demandant gets His compensation for labor from American Engineering Services, LLC, and is the ONLY employee, and further,

23.     On the seventh day of April, in the year of our Lord, two thousand and eight, the Demandant went to a Wells Fargo Bank at 2850 Heritage Trace Parkway, in Fort Worth, Texas, 76177, to open a bank account, as evidenced by the Wells Fargo Criminal Complaint 072808, a true copy of which together with attachments, is attached hereto, all of which is incorporated herein by reference in its entirety, pursuant to your Rule 201 of your Rules of Evidence, and further,

24.     The Demandant talked to someone by the name of Ahsan Khan about opening the bank account. The Demandant provided him with a copy of the Demandant's US Passport, (and the original for review) as well as a copy of Title 42 USC § 408 which provides that it is a felony to compel the disclosure of a Social Security Number, and also a copy of 26 CFR § 301.6109-1(c) which says that their only requirement is to ask for a Social Security Number. The Demandant told them that the Demandant is not a US citizen, but is an American national as evidenced by the US Passport. Ahsan Khan would not open the account without a Social Security Number and went to talk with his Manager, Jeff Nickerson, as evidenced by the Wells Fargo Criminal Complaint 072808, a true copy of which together with attachments, is attached hereto, all of which is incorporated herein by reference in its entirety, pursuant to your Rule 201 of your Rules of Evidence, and further,

25.     After a wait of approximately twenty minutes Jeff Nickerson came and introduced

himself. The Demandant showed him the Demandant's US passport and the copy of Title 42 USC § 408 which provides that it is a felony to compel the disclosure of a Social Security Number, and also the copy of 26 CFR § 301.6109-1(c). The Demandant also told him that if they refused to open the account, the Demandant would be filing a felony criminal complaint with the US Attorney's office. Nickerson chose to be a felon, because Nickerson told the Demandant that he could not open the account without a Social Security Number, as evidenced by the Wells Fargo Criminal Complaint 072808, a true copy of which together with attachments, is attached hereto, all of which is incorporated herein by reference in its entirety, pursuant to your Rule 201 of your Rules of Evidence, and further,

26.     On or about nineteenth day of June, in the year two thousand and eight, the Demandant sent a letter by Registered Mail RA 351 905 467 US to Dick Kovacevich, Chairman, President and CEO and the same letter By Registered Mail # RA 351 950 475 US to Stanley Stroup, Chief Counsel, as evidenced by the Wells Fargo Criminal Complaint 072808, a true copy of which together with attachments, is attached hereto, all of which is incorporated herein by reference in its entirety, pursuant to your Rule 201 of your Rules of Evidence, and further,

27.     On or about the twenty-fifth day of July, in the year two thousand and eight, the Demandant received a letter from Wells Fargo Bank in response to Richard Kovacevich's letter.  Their letter states that they know they are felons and they intent to continue to be felons. The Demandant has not received a response to the letter to their Chief Counsel, therefore, their Chief Counsel is in complete agreement with them, as evidenced by the Wells Fargo Criminal Complaint 072808, a true copy of which together with attachments, is attached hereto, all of which is incorporated herein by reference in its entirety, pursuant to your Rule 201 of your Rules of Evidence, and further,

28.     On the twenty-ninth of July in the year two thousand and eight, the Demandant served a Wells Fargo Criminal Complaint 072808 on Michael Mukasey, US Attorney General, by Registered Mail RA 351 950 538 US, together with true copies of the letters

the Demandant served on Kovacevich, and Stroup, and their response attached, a true copy of which is attached hereto, all of which is incorporated herein by reference in its entirety, pursuant to your Rule 201 of your Rules of Evidence, and further,

29.     On the Ninth day of June in the year two thousand and nine the Demandant went to Wells Fargo Bank with Richard Arthur Bagwell to open a personal bank account, and the Wells Fargo banksters refused to open an account without a Social Security Number as found in the true copy of the Affidavit of Criminal Complaint of Richard Arthur Bagwell, a true copy of which is attached hereto, all of which is incorporated herein by reference in its entirety, and further,

30.     Because of the so-called financial crisis Wachovia got bought out by Wells Fargo Bank, and further,

31.     Since then the Demandant has been subjected to constant and continual harassment for a Social Security Number, by these Wells Fargo bankster thieves, and further,

32.     When the Demandant logs into the American Engineering Services, LLC bank account, the Wells Fargo website constantly harasses the Demandant with Security Questions that the Demandant did not set up and that the Demandant does not know the answer for, and then when the Demandant calls them up they demand a Social Security Number before they will fix it, and further,

33.     Within the last 2 months the Demandant had this issue and they told the Demandant that he had to go into a branch so they could verify the Demandant's identity and the Demandant went to the branch at 6632 Lake Worth Blvd, Lake Worth, Texas, and after giving them the Demandant's US Passport, they still refused to fix the problem without the Demandant providing a Social Security Number, and further,

34.     In an attempt to reduce the possibility of this issue resulting in litigation, in every case the Demandant has reminded these Wells Fargo Bank thugs that the Demandant

has been to the US Supreme Court at least 3 times and they can check the website to verify it if necessary, and the Demandant will demand relief in the courts, and further,

35.     In every case the Demandant has explained to these bankster thieves that the so-called Patriot Act requires that they identify the people they do business with and that is all, and it says nothing about Social Security Numbers, and further,

36.     Wells Fargo Bank is in the Federal Reserve system of Banks that are all privately held, and further,

37.     Federal Reserve Notes are meant ONLY for internal use of the government and that is all;

**"Sec. 15. As used in this Act the term "United States" means the Government of the United States...the term "currency of the United States" means currency which is legal tender in the United States, and includes United States notes,...Federal Reserve Notes..."**
**"Sec. 16. The right to alter, amend or repeal this Act is hereby expressly reserved..."**
**"Sec. 17. All Acts and parts of Acts inconsistent with any of the provisions of this Act are hereby repealed."** Gold Reserve Act of 1934, 48 Stat. 337, and further,

38.     Federal Reserve Notes are Bills of Credit;

**"The said notes shall be obligations of the United States"** 12 USC § 411 [Emphasis added]

and are issued by the Privately held Federal Reserve Bank, which was set up as a mechanism to circumvent the constitutional prohibition on Bills of Credit, which means that everything purchased with Federal Reserve Notes is purchased on United States credit, which is consistent with the Gold Reserve Act of 1934 statement above, that they are intended for internal use of the government ONLY, and further,

39.     All Banks are instrumentalities of Congress because of the Bank Act, and further,

40.     A Social Security Number is a number for a cestui que trust

"A "*citizen of the United States*" is a civilly dead entity operating as a co-trustee and co-beneficiary of the *PCT (Public Charitable Trust),* the constructive, *cestui que trust* of US Inc. under the 14th Amendment, which upholds the debt of the USA and US Inc." Congressional Record, June 13 1967, pp. 15641-15646

". . . (E)very taxpayer is a cestui qui trust having sufficient interest in the preventing abuse of the trust to be recognized in the field of this court's prerogative jurisdiction .  ." In Re Bolens (1912), 135 N.W. 164, and further,

41.    The Demandant is being compelled to use commercial paper by utility companies, and governments, and other corporations everywhere, and needs a bank account to negotiate the commercial paper, and even to convert it to gold or silver coin, and further,

42.    The Respondents are conspiring together to unlawfully excise tax the Demandant for the privilege of existing without a license

"2. The requirement of payment for such licenses is only a mode of imposing taxes on the licensed business, and the prohibition, under penalties, against carrying on the business without license is only a mode of enforcing the payment of such taxes. 5. The recognition by the acts of Congress of the power and right of the states to tax, control, or regulate any business carried on within its limits is entirely consistent with an intention on the part of Congress to tax such business for national purposes." License Tax Cases 72 U.S. (5 Wall.) 462 (1866), and further,

43.    The Respondents are compelling the Demandant into a contract without His consent

"License, contracts, is a right given by some competent authority to do an act, which without such authority would be illegal. The instrument or writing which secures this right is also called a license. Vide Ayl.Parerg. 353; 15 Vin.Ab 92; Ang. Wat. Co. 61, 85. A license is express or implied. An express license is one in which in direct terms authorizes the performance of a certain act; as a license to keep a tavern by public authority. An implied license is one which though not expressly given, may be presumed from the acts of the party having the right to give it." Bouvier's Law Dictionary 1843 Edition, Volume 2, page 53 [emphasis added], and further,

44.    The Respondents know that they have no right to tax the Demandant for the privilege of existing

**"The individual, unlike the corporation, cannot be taxed for the mere privilege of existing. The corporation is an artificial entity which owes its existence and charter powers to the state; but the individuals' rights to live and own property are natural rights for the enjoyment of which an excise cannot be imposed."**
Redfield v. Fisher, 292 P. 813, 135 Or. 180, 294 P.461, 73 A.L.R. 721 (1931), and further,

45.     These Wells Fargo thieves are conspiring together to compel the disclosure of a Social Security Number so they can fabricate the existence of the cestui que trust, because a trust has no rights and they can then criminally convert the Demandant into a US citizen slave, to justify the theft of the Demandant's property, and further,

46.     Taxes collected by the Wells Fargo buddies Internal Revenue Service, is slave labor, because the Demandant is being forced to work for nothing to pay the tax, therefore a Social Security Number is a badge of slavery, and these Wells Fargo thieves are conspiring together to aid and abet the IRS thieves in their theft of the Demandant's property, because once they have a SSN, the IRS thieves can be assured that they are stealing money from the right account, and further,

47.     These Wells Fargo bankster thieves are conspiring together to compel the Demandant to engage in fraud by claiming that the Demandant has a Social Security Number, when they know that no living soul has a Social Security Number and it is nothing but a badge of slavery, and there is no law that says anybody has to get a Social Security Number, and further,

48.     The Constitution for the United States of America is a trust indenture with delegated authority

**"There is no such thing as power of inherent Sovereignty in the government of the United States. In this country sovereignty resides in the People, and Congress can exercise no power which they have not, <u>by their Constitution entrusted to it</u>; All else is withheld."** Julliard v Greenman 110 U.S. 421

**"governments are but <u>trustees</u> acting under derived authority and have no power to <u>delegate</u> what is not <u>delegated</u> to them. But the people, as the original fountain might take away what they have <u>delegated</u> and <u>entrust</u> to whom they please. ... The sovereignty in every state resides in the people of the state and they may**

**alter and change their form of government at their own pleasure."** --Luther v. Borden, 48 US 1, 12 L.Ed. 581.

and the Constitution for the United States of America says nothing about a corporation

**"A delegate cannot delegate; <u>an agent cannot delegate his functions to a subagent</u> without the knowledge or consent of the principal; the person to whom an office or duty is delegated cannot lawfully devolve the duty on another, <u>unless he be expressly authorized so to do.</u>"** 9 Coke, 77; Broom, Max. 840; 2 Kent, Comm. 633; 2 Steph. Comm. 119 [emphasis added]
**"A delegated power cannot be again delegated."** 2 Inst. 597; Black's, 2d. 347; 2 Bouv. Inst. n. 1300

**"A deputy cannot have (or appoint) a deputy."** Story, Ag. s.13; 9 Coke, 77; 2 Bouv. Inst. n. 1936

therefore there  is no delegated authority for any corporation called United States, and it

is an ultra vires corporation

**"Ultra vires. An act performed without any authority to act on subject. Haslund v. City of Seattle, 86 Wash.2d 607, 547 P.2d 1221, 1230..... <u>The term has a broad application and includes not only acts prohibited by the charter, but acts which are in excess of powers granted</u> and not prohibited, and generally applied either when a corporation has no power whatever to do an act, .... People ex rel. Barrett v. Bank of Peoria, 295 Ill.App. 543, 15 N.E.2d 333, 335. <u>Act is ultra vires when corporation is without authority to perform it under any circumstances or for any purpose. Ultra vires act of municipality is one which is beyond powers conferred upon it by law. Charles v. Town of Jeanerette, Inc., La.App., 234 So.2d 794, 798."</u>** Black's Law Dictionary 6th Edition page 1522, [emphasis added], and further,

49.     United States, Inc., is an ultra vires corporation with an unconstitutional

delegation of authority, and Wells Fargo Bank, Inc., is an instrumentality of that

corporation under the National Bank Act

**"As used in this chapter:**
**(15) <u>"United States" means</u>—**
**(A) <u>a Federal corporation;</u>**
**(B) an <u>agency, department, commission</u>, board, or <u>other entity of the United States;</u> or**
**(C) <u>an instrumentality of the United States.</u>"** 28 USC § 3002 Definitions [emphasis added]

and the United States is bankrupt

**"It is an established fact that the United States Federal Government has been dissolved by the Emergency Banking Act, <u>March 9, 1933</u>, 48 stat. 1, Public Law**

89-719; declared by President Roosevelt, being bankrupt and insolvent, H.J.R. 192, 73rd Congress in session June 5, 1933 - Joint Resolution To Suspend The Gold Standard and Abrogate The Gold Clause dissolved the Sovereign Authority of the United States and the official capacities of all United States Governmental Offices, Officers, and Departments and is further evidence that <u>the United States Federal Government exists today in name only.</u>" United States Congressional Record, March 17, 1993 Vol. 33,

and the United States is under Martial Law Rule

"Since <u>March 9, 1933</u>; the United States has been in a state of <u>declared National Emergency</u> . . . Under the powers delegated by these statutes, the President may: seize property; organize and control the means of production; seize commodities; assign military forces abroad; institute martial law; seize and control all transportation and communication; regulate the operation of private enterprise; restrict travel; and in a plethora of particular ways, control the lives of all American citizens. . . . A majority of the people of the United States have lived all of their lives under emergency rule. For 40 years, freedoms and governmental procedures guaranteed by the Constitution have in varying degrees been abridged by laws brought into force by states of national emergency . . ." In Reg: U.S. Senate Report No. 93-549 dated 11/19/73 (*73 CIS Serial Set S963-2 - [607 Pages]*):

and the respondents are conspiring together to impose their Martial Law Rule on the

Demandant, which is a seditious conspiracy, since the Demandant is the lawful

government in America

"If two or more persons in any State or Territory, <u>or in any place subject to the jurisdiction of the United States</u>, conspire to overthrow, put down, or to destroy by force the Government of the United States, <u>or to levy war against them</u>, <u>or to oppose by force the authority thereof</u>, or by force to prevent, hinder, or delay the execution of any law of the United States, or by force to seize, take, or possess any property of the United States contrary to the authority thereof, they shall each be fined under this title or imprisoned not more than twenty years, or both." 18 USC § 2384, and further,

50.    All of the Respondents have conspired together to trespass upon the Demandant

and His property, under color of their codes, rules and regulations,

"Color" means "An appearance, semblance, or simulacrum, as distinguished from that which is real. A <u>prima facia</u> or <u>apparent</u> right. Hence, a deceptive <u>appearance</u>, a plausible, assumed exterior, concealing a lack of reality; a disguise or pretext. See also colorable." Black's Law Dictionary, 5th Edition, on page 240.

"Colorable" means **"That which is in appearance only, and not in reality, what it purports to be, hence counterfeit feigned, having the appearance of truth."** Windle v. Flinn, 196 Or. 654, 251 P.2d 136, 146.

"Color of Law" means **"The appearance or semblance, without the substance, of legal right. Misuse of power, possessed by virtue of state law and made possible only because wrongdoer is clothed with authority of state is action taken under 'color of law.'"** Atkins v. Lanning. D.C.Okl., 415 F. Supp. 186, 188, and further,

51.    These Wells Fargo bankster thieves hide behind their lying thieving BAR member thugs, everything they are doing, is with full knowledge, intentional, deliberate, and calculated, and further,

52.    Some, if not all of the Respondents are BAR members, but even if they were not BAR members, ignorance of the law is no excuse;
**"It is one of the fundamental maxims of the common law that ignorance of the law excuses no one."** Daniels v. Dean (1905), 2 C.A. 421, 84 P. 332.

53.    These Wells Fargo Bankster thieves intend to discriminate against the Demandant, because He is a state Citizen and not one of their cestui que trust US citizen slaves, and for having the audacity of thinking that he has some rights, and further,

54.    Wells Fargo Bank, and their hired thugs are operating a criminal racketeering enterprise, and further,

## RELIEF DEMANDED

55.    The Demandant DEMANDS death by hanging for the criminals named herein, and involuntary bankruptcy, dissolution and seizure for the criminal enterprise Wells Fargo Bank, Inc., and does not care if the Demandant gets anything else, but in the event that "death by hanging" is not available as a remedy, the Demandant further demands;

a)    The Demandant demands compensation from each of the respondents, in the amount one million dollars in lawful money pursuant to the Coinage Act of 1792, (one million pieces of pure silver, 1 troy ounce each), and because the clerks masquerading as judges cannot ORDER anything but their IOU's (commercial paper) Federal Reserve Notes, the Demandant will accept $20,000,000.00 (approximately equal to 1,000,000 pieces of silver @ $20.00/troy ounce) plus an additional $20,000,000.00 in IOU's (Federal Reserve Notes) to compensate the Demandant for the liability associated with their IOU's and to give the Demandant time to convert their IOUs into silver coin before the US Congress inflates it into nothing, for a total of $40,000,000.00, ($40 million) or equivalent commercial paper negotiable instruments, as an extremely less desirable alternative, so their thieving bankster buddies don't presume some so-called benefit of discharging a debt with limited liability on the part of the Demandant, and further,

b)    The Demandant demands from each of the respondents, an additional four million pieces of silver as compensatory damages pursuant to Cleopatra Haslip et al. v Pacific Mutual Life Insurance, Inc. 499 U.S. 1, 113 Fed 2d 1, 111 sct 1032 (no. 89-1279) (For Conversion: 4 times for compensatory damages), and because the Clerks masquerading as judges cannot ORDER anything but their IOU's (commercial paper) Federal Reserve Notes, the Demandant will accept $80,000,000.00 (4,000,000 pieces of silver X $20.00/ troy ounce) plus an additional $80,000,000.00 in IOU's (Federal Reserve Notes) to compensate the Demandant for the liability associated with their IOU's to give the Demandant time to convert their IOUs into silver coin before they inflate it out of existence, for a total of $160,000,000.00, ($160 million) or the equivalent in commercial paper negotiable instruments, as an extremely less desirable alternative, so their thieving bankster buddies don't presume some so-called benefit of

discharging a debt with limited liability on the part of the Demandant, and further,

c)        The Demandant demands from each of the respondents, an additional two hundred million pieces of silver as punitive damages pursuant to Cleopatra Haslip et al. v Pacific Mutual Life Insurance, Inc. 499 U.S. 1, 113 Fed 2d 1, 111 sct 1032 (no. 89-1279) (For Conversion: 200 times for punitive damages) (1 troy ounce each), for punitive damages, because this was deliberate and calculated, and they have already consented to the fee, with their unlawful legal determinations, with their unlawful representations, with their criminal conversion of the Demandant's postal address and their criminal conversion of the Demandant's appellation, and their theft of the Demandant's common law copyrighted property, their fabrication of evidence, and because the Clerks masquerading as judges cannot ORDER anything but their IOU's (commercial paper) Federal Reserve Notes, the Demandant will accept $1,200,000,000.00 (200,000,000 pieces of silver X $20.00/ troy ounce) plus an additional $1,200,000,000.00 in IOU's (Federal Reserve Notes) to compensate the Demandant for the liability associated with their IOU's to give the Demandant time to convert their IOUs into silver coin before they inflate it out of existence, for a total of $2,400,000,000.00, ($2.4 billion) or the equivalent in commercial paper negotiable instruments, as an extremely less desirable alternative, so their thieving bankster buddies don't presume some so-called benefit of discharging a debt with limited liability on the part of the Demandant, and further,

56.   Further Demandant declares naught,

Signed and sealed in red ink and dated, on the land of Texas, this *twenty-first* day of October, in the year two thousand and fourteen.

All of the above is submitted "UNDER PENALTIES with PERJURY" [28 USC § 1746(1)], under the laws of the United States of America and without the UNITED STATES.

_____L.S.

Glenn Winningham; Fearn, sui juris
Sovereign living soul, holder of the office of "the people"
With full responsibility for My actions
Under God's law as found in the Holy bible,
An Inhabitant of the land of Texas
with a Postal address of:
Non-Domestic Mail
C/O 6340 Lake Worth Blvd., Suite #437
Fort Worth, Texas
ZIP CODE EXEMPT
[18 USC § 1342]
Phone 682-701-6955

From:

Glenn Winningham; house of Fearn
Non-Domestic Mail
C/O 6340 Lake Worth Blvd., #437
Fort Worth, Texas

**By Registered Mail** <u>RA 351 950 538 US</u>
To:
Michael Mukasey, US Attorney General
US Department of Justice
950 Pennsylvania Ave.
Washington, D.C.
20530-0001

## AFFIDAVIT OF CRIMINAL COMPLAINT

I, Me, My, Myself, a man, a living soul, a sovereign, an inhabitant of the land of Texas, and a holder of the office of "the people", with an address correction: C/O Glenn Winningham; house of Fearn, Non-Domestic Mail, C/O 6340 Lake Worth Blvd., #437, Fort Worth, Texas, WITHOUT the UNITED STATES, do hereby Notice you of the following:

1.      On the seventh day of April, in the year of our Lord, two thousand and eight, I went to a Wells Fargo Bank at 2850 Heritage Trace Parkway, in Fort Worth, Texas, 76177, to open a bank account.

2.      I talked to someone by the name of Ahsan Khan about opening the bank account. I provided him with a copy of My US Passport, (and the original for review) as well as a copy of Title 42 USC § 408 which provides that it is a felony to compel the disclosure of a Social Security Number, and also a copy of 26 CFR § 301.6109-1(c) which says that their only requirement is to ask for a Social Security Number. I told them I am not a US citizen, but I am an American national as evidenced by the US Passport. Ahsan Khan would not open the account without a Social Security Number and went to talk with his Manager, Jeff Nickerson

3.      After a wait of approximately twenty minutes Jeff Nickerson came and introduced himself. I showed him My passport and the copy of Title 42 USC § 408 which provides that it is a felony to compel the disclosure of a Social Security Number, and also the copy of 26 CFR § 301.6109-1(c). I also told him that if they refused to open the account, I would be filing a felony criminal complaint with the US Attorney's office. He chose to be a felon, because he told me that he could not open the account without a Social Security Number.

4.      On or about 19 June, 2008, I sent a letter by Registered Mail RA 351 905 467 US to Dick Kovacevich, Chairman, President and CEO and the same letter By Registered Mail #

Wells Fargo Criminal Complaint 072808 Page 1 of 2

*19*

RA 351 950 475 US to Stanley Stroup, Chief Counsel, a true copy of which is attached hereto, together with proof of service, all of which are incorporated herein by reference in their entirety.

5.      On or about 25 July, 2008, I received a letter from Wells Fargo Bank in response to Richard Kovacevich's letter, a true copy of which is attached hereto, and incorporated herein by reference in their entirety.  Their letter states that they know they are felons and they intent to continue to be felons. I have not received a response to the letter to their Chief Counsel, therefore, their Chief Counsel is in complete agreement with them.

6.      I hereby DEMAND that these Wells Fargo criminals, Ahsan Khan, Jeff Nickerson, Richard Kovacevich, Stanley Stroup, and others unknown, be prosecuted for violating 42 USC § 408 for compelling me to disclose a Social Security Number.

7.      Signed and sealed in red ink on the land of Texas. Further Affiant sayeth not.

All of the above is submitted "UNDER PENALTIES with PERJURY" (28 USC § 1746(1)).


7-28-08
_____
Date

_____
Glenn Winningham; house of Fearn, sui juris
Sovereign living soul, holder of the office of "the people"
Inhabitant of the land of Texas

19 June, 2008

By Registered Mail # **RA 351 950 467 US**
To:
Dick Kovacevich, Chairman, President and CEO
Wells Fargo Bank, NA
P.O. Box 63750
San Fransisco, CA 94163

By Registered Mail # **RA 351 950 475 US**
To:
Stanley Stroup, Chief Counsel
Wells Fargo Bank, NA
P.O. Box 63750
San Fransisco, CA 94163

Dear Mr. Kovacevich:
1       I recently tried to open a bank account with one of your people in Fort Worth, Texas, who insisted that they could not do it without Me providing a Social Security Number.

2.      I talked to someone by the name of Ahsan Khan about opening the bank account. I provided him with a copy of My US Passport, (and the original for review) as well as a copy of Title 42 USC § 408 which provides that it is a felony to compel the disclosure of a Social Security Number, and also a copy of 26 CFR § 301.6109-1(c) which says that their only requirement is to ask for a Social Security Number. Ahsan Khan would not open the account without a Social Security Number and went to talk with his Manager, Jeff Nickerson

3.      After a wait of approximately twenty minutes Jeff Nickerson came and introduced himself. I showed him My passport and the copy of Title 42 USC § 408 which provides that it is a felony to compel the disclosure of a Social Security Number, and also the copy of 26 CFR § 301.6109-1(c). I also told him that if they refused to open the account, I would be filing a felony criminal complaint with the US Attorney's office. He chose to be a felon, because he told me that he could not open the account without a Social Security Number.

4.      You are hereby notified that you and your criminal corporation, are in criminal violation of 42 USC § 408, and I have previously filed a criminal complaint with the US Attorney in this matter. Your response to this letter, or lack thereof, will be included in My next criminal complaint. You have 30 days from your receipt of this notification before I proceed to the next step.

Sincerely,

Glenn Winningham; house of Fearn
Non-Domestic Mail
C/O 6340 Lake Worth Blvd., #437
Fort Worth, Texas [76135]


**UNITED STATES POSTAL SERVICE**

Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: RA35 1950 475U S
Status: **Delivered**

Your item was delivered at 6:29 AM on June 25, 2008 in SAN FRANCISCO, CA 94163.

Track & Confirm

Enter Label/Receipt Number.

Additional Details >    Return to USPS.com Home >

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.    Go >

Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA

| Registered No. | | | | Date Stamp |
|---|---|---|---|---|
| RA351950475US | | | | |
| Reg. Fee $10.80 | | | | 0161 |
| Handling Charge $0.00 | Return Receipt | $0.00 | | 12 |
| Postage $0.42 | Restricted Delivery | $0.00 | | 06/20/08 |
| Received by | | | | |

Customer Must Declare Full Value $25.00    25.00

☑ With Postal Insurance
☐ Without Postal Insurance

Domestic Insurance up to $25,000 is included in the fee. International indemnity is limited. (See Reverse).

OFFICIAL USE

76144

FROM    Glenn Winningham: house of Fran
NON-DOMESTIC MAIL
c/o 6390 Lake Worth Blvd #37
Fort Worth, Texas
SAN FRANCISCO CA 94163

TO    GROUP CHIEF COUNS
WELLS FARGO BANK, NA
P.O. BOX 63750
SAN FRANCISCO, CA 94163

PS Form 3806, **Receipt for Registered Mail**    Copy 1 - Customer
May 2004 (7530-02-000-9051)    (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com



**UNITED STATES POSTAL SERVICE**

Home | Help

Track & Confirm

# Track & Confirm

### Search Results

Label/Receipt Number: RA35 1950 467U S
Status: **Delivered**

Your item was delivered at 6:29 AM on June 25, 2008 in SAN FRANCISCO, CA 94163.

**Track & Confirm**

Enter Label/Receipt Number.

( Additional Details > )   ( Return to USPS.com Home > )

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.   Go >

Site Map   Contact Us   Forms   Gov't Services   Jobs   Privacy Policy   Terms of Use   National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.   No FEAR Act EEO Data   FOIA

---

**Registered No.**   RA351950467US

**Date Stamp**

| | | | |
|---|---|---|---|
| Reg. Fee | $10.80 | | 0161 |
| Handling Charge | $0.00 | Return Receipt | $0.00 | 12 |
| Postage | $0.42 | Restricted Delivery | $0.00 | 06/20/08 |
| Received by | | | |

Customer Must Declare Full Value $ 25.00

☒ With Postal Insurance
☐ Without Postal Insurance

Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse).

OFFICIAL USE

FROM: Glenn Winningham; house of Fearn
NON-DOMESTIC MAIL
c/o 6340 Lake Worth Blvd #87
Fort Worth, Texas

TO: _____ CEVICH, CEO
WELLS FARGO BANK, NA
P.O. Box 63750
SAN FRANCISCO, CA 94163

PS Form 3806,   **Receipt for Registered Mail**   Copy 1 - Customer
May 2004 (7530-02-000-9051)   (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com



**Customer Correspondence**
MAC P6103-050
PO Box 6995
Portland, OR 97228-6995

July 17, 2008

Glenn Winningham
c/o 6340 Lake Worth Boulevard, #437
Fort Worth, TX 76135

Dear Glenn Winningham:

Your letter addressed to Richard Kovacevich, Chairman of the Board, regarding opening a Wells Fargo account, was referred to us.

The USA PATRIOT Act requires financial institutions to comply with a Customer Identification program when opening new accounts. Therefore, the Federal Financial Institution Examination Council (FFIEC) requires that we obtain the following information from our customers before opening a new account:

- Name
- Date of birth
- Address
- Social Security number or Tax Identification Number

We trust this information is clarifying.

Sincerely,

Debbie Hein
Operations Manager
Customer Correspondence

DH/dt

302121

Z 4



**UNITED STATES POSTAL SERVICE**

Home | Help

Track & Confirm

# Track & Confirm

### Search Results

**Label/Receipt Number: RA35 1950 538U S**
**Status: Delivered**

Your item was delivered at 4:55 AM on August 4, 2008 in
WASHINGTON, DC 20530.

( Additional Details > )   ( Return to USPS.com Home > )

**Track & Confirm**

Enter Label/Receipt Number.

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.   ( Go > )

---

Site Map   Contact Us   Forms   Gov't Services   Jobs   Privacy Policy   Terms of Use   National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.   No FEAR Act EEO Data   FOIA

---

| Registered No. | | Date Stamp |
|---|---|---|
| RA351 950538US | | |

| Reg. Fee 10.80 | | |
| Handling Charge | Return Receipt | |
| Postage .59 | Restricted Delivery | |
| Received by | | |

Customer Must Declare
Full Value $ C5.00

Domestic Insurance up to $25,000 is included
based upon the declared value. International
Indemnity is limited. (See Reverse).

OFFICIAL USE

FROM  Glen Winingham House of Fear
NON-DOMESTIC MAIL
C6640 Lake Worth Blvd #437
Fort Worth, Texas

TO  MICHAEL MUKASEY US AG
US DEPT OF JUSTICE
950 PENNSYLVANIA AVE
WASHINGTON DC 20530

PS Form 3806,   **Receipt for Registered Mail**   Copy 1 - Customer
May 2007 (7530-02-000-9051)   (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do                    8/4/2008

## Affidavit

I, Richard Arthur; house of Bagwell hereby depose and say;

1. On the Tuesday, the ninth day of June in the year of our Lord, two thousand and nine, at approximately 1100 hours around noon. I went with Glenn Winningham; house of Fearn to open a bank account so I could negotiate commercial paper that I am compelled to take, because the US Congress and their co-conspirators in the Whitehouse have perjured their oath of office by making it against public policy to pay a debt.

2. I talked to one of their representatives at their office at the Wells Fargo Bank at 2850 Heritage Trace Parkway in Fort Worth, Texas who was brought to talk to us by the lady whose name we do not know, who we originally talked to.

3. I told them that I am a Texas citizen, but I am not a lowlife scumbag US citizen, and therefore, I do not have a Social Security Number, and the lady who was helping us and they called up their corporate headquarters, so see if they could open a bank account for us. We each have a US Passport, as American nationals, as well as various forms of identifications, but neither of us have a Social Security Number.

4. We both tried to explain to them that as Texas citizens we are foreign to the United States because United States is the District of Columbia, and Texas is foreign to the District of Columbia.

5. We further explained to them about the fact that it is a felony to compel the disclosure of a Social Security Number.

6. They further told us that they do not care about it being a felony to compel the disclosure of a Social Security Number, because they were doing what their legal department told them to do.

7. They told us that any "US person has to have a Social Security Number" and they cannot open up an account without a Social Security Number, and the ONLY way they could open an account without a Social Security Number is if they use a W-8 and we provide documentation that we are foreign, with a foreign address. We told them that we are foreign because we are not US citizens, and if you take the zip code off the address in Texas, it becomes a foreign address. We further told them that the republic of Texas still exists because the US Senate never approved and adopted the Treaty of Annexation with the republic of Texas, and the republic of Texas is foreign to the United States.

8. They told us that they did not care and if we wanted to use a W-8, we need to provide proof of foreign citizenship, and that foreign citizenship had to be Canada, or Mexico, or some foreign country that they recognized as being foreign.

9   We told them that a "person" is a fictitious entity, according to the courts, and that is why a US citizen has to have a Social Security Number because a US citizen is a 15 USC § 44 unincorporated corporation.  We further told them that we are not US citizens, or corporations and therefore are not a "person", therefore

10  After talking with their corporate headquarters and their legal department, they refused to open a bank account because we did not produce a Social Security Number.

11  The Undersigned, I, Me, My, or Myself, also known as Richard Arthur; house of Bagwell, the Secured Party, holder in due course of Original Jurisdiction do herewith declare, state and say that I, Me, My, or Myself, the Secured Party, issue this Affidavit of Truth for Verified Criminal Complaint with sincere intent in truth, that I, Me, My, or Myself, the undersigned Secured Party, am competent to state the matters set forth herein, that the contents are true, correct, complete, and certain, admissible as evidence, and reasonable and just to the best of my knowledge, by Me, undersigned addressee, one of We the People, and not a corporation or a fiction of any type.

12  Use of state and federal statutes within this document is only to notice the reader that which is applicable to them and is not intended, not shall it be construed, to mean that the secured party confers, submits to, or has entered into any jurisdiction alluded to thereby.

13  All of which is signed and sealed in red ink on the land of Texas.

14  All of the above is submitted "UNDER PENALTIES with PERJURY" (28 USC § 1746(1)).

15  It has been said, so it is done,

_Richard Arthur Bagwell_

Richard Arthur; house of Bagwell /sui juris
sovereign living soul, holder of the office of "the people"
inhabitant of the land of Texas

## ACKNOWLEDGEMENT

As an ex officio Notary Public, and an officer of the Court for the republic of Texas, I, Henry Norman; house of Suhl, hereby certify that **Richard Arthur; house of Bagwell**, who is known to me, who is a sovereign living soul, an inhabitant of the land of Texas, and a holder of the office of "the people", appeared before me and executed the foregoing **AFFIDAVIT**, on this 30 th day June, in the year of our Lord, Two Thousand and Nine.

_H. N. Suhl_

Notary

Affidavit of Criminal Complaint Page 2

27

