CTJC
ORIGINAL

FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FT. WORTH DIVISION

AO 239 (Rev. 12/13) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

2014 OCT 29 PM 1:22

# UNITED STATES DISTRICT COURT
## for the
### Northern District of Texas

CLERK OF COURT

GLENN WINNINGHAM )
_Plaintiff/Petitioner_ )
v. )
Wells Fargo Bank Inc )   Civil Action No.  4:14-cv-853-A
_Defendant/Respondent_ )

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
### (Long Form)

**Affidavit in Support of the Application**

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.  I declare under penalty of perjury that the information below is true and understand that a false statement may result in a dismissal of my claims.

**Instructions**

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

Signed:   _Please see Attached Declaration Pursuant to Rule 201 of Rules of Evidence_   L.S.   Date:  27 OCT 14

1.  For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly income amount during the past 12 months | | Income amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment  None | $ 0 | $ 0 | $ 0 | $ 0 |
| Self-employment  None | $ 0 | $ 0 | $ 0 | $ 0 |
| Income from real property (such as rental income) | $ 0 | $ 0 | $ 0 | $ 0 |
| Interest and dividends | $ 0 | $ 0 | $ 0 | $ 0 |
| Gifts | $ 0 | $ 0 | $ 0 | $ 0 |
| Alimony | $ 0 | $ 0 | $ 0 | $ 0 |
| Child support | $ 0 | $ 0 | $ 0 | $ 0 |

✱ PLEASE SEE AFFI Declaration That is Attached for Further Explanation Pursuant to Rule 201 of Rules of Evidence

AO 239 (Rev. 12/13) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| | | | | |
|---|---|---|---|---|
| Retirement (such as social security, pensions, annuities, insurance) | $ 0 | $ 0 | $ 0 | $ 0 |
| Disability (such as social security, insurance payments) | $ 0 | $ 0 | $ 0 | $ 0 |
| Unemployment payments | $ 0 | $ 0 | $ 0 | $ 0 |
| Public-assistance (such as welfare) | $ 0 | $ 0 | $ 0 | $ 0 |
| Other (specify): | $ 0 | $ 0 | $ 0 | $ 0 |
| Total monthly income: | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

2.   List your employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| N/A | N/A | N/A | $ N/A |
| N/A | N/A | N/A | $ N/A |

3.   List your spouse's employment history for the past two years, most recent employer first. *(Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| N/A | N/A | N/A | $ N/A |
| N/A | N/A | N/A | $ N/A |
| N/A | N/A | N/A | $ N/A |

4.   How much cash do you and your spouse have? $ _____0_____

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial institution | Type of account | Amount you have | Amount your spouse has |
|---|---|---|---|
| BANK of AMERICA | CHECKING | $ 10.00 | $ 0 |
| N/A | N/A | $ N/A | $ 0 |
| N/A | N/A | $ N/A | $ 0 |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts.  If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

*PLEASE SEE ATTACHED DECLARATION FOR ADDITIONAL INFORMATION PURSUANT TO RULE 201 of RULES OF EVIDENCE

AO 239 (Rev. 12/13) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

5.   List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Assets owned by you or your spouse | |
|---|---|
| Home (Value) | N/A | $ N/A |
| Other real estate (Value) | N/A | $ N/A |
| Motor vehicle #1 (Value) | N/A | $ N/A |
| Make and year: | N/A | |
| Model: | N/A | |
| Registration #: | N/A | |
| Motor vehicle #2 (Value) | N/A | $ N/A |
| Make and year: | N/A | |
| Model: | N/A | |
| Registration #: | N/A | |
| Other assets (Value) | N/A | $ 0 |
| Other assets (Value) | N/A | $ 0 |

6. ✱ State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money ✱ | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| US | $ 845,000,000 | $ N/A |
| CHASE BANK | $ 522,000,000 | $ N/A |
| IRS | $ 15,000,000 | $ N/A |

7. ✱ State the persons who rely on you or your spouse for support. ✱ NO PERSONS OR SPOUSE

| Name (or, if under 18, initials only) TDF | Relationship Doughter | Age 14 |
|---|---|---|
| HPF | Son | 10 |
| N/A | N/A | N/A |
| N/A | N/A | N/A |

✱ SEE DECLARATION ATTACHED FOR ADDITIONAL INFORMATION PURSUANT TO RULE 201 OF RULES OF EVIDENCE

AO 239  (Rev. 12/13) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

8.    Estimate the average monthly expenses of you and your family.  Show separately the amounts paid by your
      spouse.  Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the
      monthly rate.

| | You | Your spouse |
|---|---|---|
| Rent or home-mortgage payment *(including lot rented for mobile home)* Are real estate taxes included? ☒ Yes ☐ No  Is property insurance included? ☐ Yes ☒ No | $ 170.00 | $ N/A |
| Utilities *(electricity, heating fuel, water, sewer, and telephone)* | $ 100.00 | $ N/A |
| Home maintenance *(repairs and upkeep)* | $ 100.00 | $ N/A |
| Food | $ 400.00 | $ N/A |
| Clothing | $ 50.00 | $ N/A |
| Laundry and dry-cleaning | $ 20.00 | $ N/A |
| Medical and dental expenses | $ 100.00 | $ N/A |
| Transportation *(not including motor vehicle payments)* | $ 100.00 | $ N/A |
| Recreation, entertainment, newspapers, magazines, etc. | $ 300.00 | $ N/A |
| Insurance *(not deducted from wages or included in mortgage payments)* | | |
|     Homeowner's or renter's: | $ 20.00 | $ N/A |
|     Life: | $ N/A | $ N/A |
|     Health: | $ N/A | $ N/A |
|     Motor vehicle: | $ 200.00 | $ N/A |
|     Other: | $ N/A | $ N/A |
| Taxes *(not deducted from wages or included in mortgage payments) (specify)*: | $ N/A | $ N/A |
| Installment payments | | |
|     Motor vehicle: | $ 0 | $ N/A |
|     Credit card *(name)*: | $ 0 | $ N/A |
|     Department store *(name)*: | $ 0 | $ N/A |
|     Other: | $ 0 | $ N/A |
| Alimony, maintenance, and support paid to others | $ 0 | $ N/A |

✱ Please See Attached Declaration
Pursuant to Rule 201 of Rules of
Evidence

AO 239 (Rev. 12/13) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| | | |
|---|---|---|
| Regular expenses for operation of business, profession, or farm *(attach detailed statement)* | $ 0 | $ 0 |
| Other *(specify)*: | $ 0 | $ 0 |
| **Total monthly expenses:** | $ 2160 0.00 | $ 0.00 |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

   ☐ Yes   ☒ No    If yes, describe on an attached sheet.

10. Have you spent — or will you be spending — any money for expenses or attorney fees in conjunction with this lawsuit?   ☐ Yes   ☒ No

    If yes, how much?   $ _____

11. Provide any other information that will help explain why you cannot pay the costs of these proceedings.

12. Identify the city and state of your legal residence.

    Your daytime phone number: 682-701-6955
    Your age: 57   Your years of schooling: 19
    Last four digits of your social-security number: 7 N/A

*See attached declaration for additional information pursuant to Rule 201 of Rules of Evidence*

**Demand to Proceed without the Setoff of Taxes by Declaration**

Pursuant to your Rule 201 of your Rules of Evidence, COMES NOW, I, Me, My, or Myself, also known as Glenn Winningham; house of Fearn, a sovereign living soul, a holder of the office of "the people", and an inhabitant of the land of Texas, with this Declaration to the court for Me to proceed with My Claim without setting off any taxes (fees/costs – extortion under color of office), for the following reasons, and I do affirm, and depose, and being cognizant of the penalties for bearing false witness, do say;

One.        All the Facts stated herein are true, correct, complete, are not hearsay, are not misleading, but are admissible as evidence, if not rebutted and proven inaccurate, and if called to testify, I shall so State, and further,

Two.        I have standing capacity to act as to the lawful matters herein, and further,

Three.        I have personal, firsthand knowledge, executive and documented knowledge of the facts stated herein, and further,

Four.        I am currently an inhabitant of the land sometimes known as "Texas", on Turtle island, and I have no firsthand knowledge of My date or place of birth. Any evidence anywhere about My birth is hearsay evidence and inadmissible evidence in any court because both of My parents, and the attending physician involved in My entry into this world, are now dead and I have not had an opportunity to cross examine them in court to determine the veracity of any evidence they may have been able to give. Having said that, I do remember that I finished high school in the year one thousand nine hundred and seventy five, and further,

Five.        I am a Sovereign Living Soul, and a Holder of the Office of "the People", and further,

Six. I am not in the military, and further,

Seven.        I have many good and honorable Servants that work for governments on Turtle Island, (North America) at various levels, and I have no idea what they get paid, but in My opinion, it is not enough, because we need People to hunt down thieves and murderers, and I am cognizant of My duty to come to their aid when needed, but when they perjure their oaths and engage in criminal activity, it is My duty, obligation and responsibility to bring transgressors of the Law to light, and to do everything I can to bring them to justice, according to the Law as set out in the; *lex scripta* (*Decalogue*) and the *lex non-scripta* (those Laws set out in the *Pentateuch*) but excluding the *Decalogue*; and further,

Eight.        The use of any statutes, codes, rules, regulations, or court citations, within any document created by Me, at any time, is only to notice that which is applicable to government officials, and is not intended, nor shall it be construed, to mean that I have conferred, submitted to, or entered into any jurisdiction alluded to thereby, and further,

Nine.        Equality under the Law is paramount and mandatory by Law, and further,

Ten.        No man or woman, nor any person, is competent in dealing with any of My affairs, and further,

Eleven.        I am competent for dealing in all of My affairs, and further,

Twelve.     The Declaration is sealed pursuant to locus sigilii
    **"locus sigilli - The place of the seal. Today this phrase is almost always abbreviated**
    **"L.S." "** Black's Law Dictionary 9th Edition, page 1026, and further,

## NOTICE TO ALL CLERKS MASQUERADING AS JUDGES AND DEMAND FOR COMMON LAW

Thirteen.     When dealing with any statute, Judges cease to be judges and become Clerks, who are working for the Agency involved

    **""When acting to enforce a statute and its subsequent amendments to the present date,**
    **the judge of the municipal court is acting as an administrative officer and not in a judicial**
    **capacity; courts administrating or enforcing statutes do not act judicially, but merely**
    **ministerially….but merely act as an extension as an agent for the involved agency -- but**
    **only in a "ministerial" and not a "discretionary capacity..."** Thompson v. Smith, 154 S.E.
    579, 583; Keller v. P.E., 261 US 428; F.R.C. v. G.E., 281, U.S. 464.

    **"...judges who become involved in enforcement of mere statutes (civil or criminal in**
    **nature and otherwise), act as mere "clerks" of the involved agency..."** K.C. Davis,
    ADMIN. LAW, Ch. 1 (CTP. West's 1965 Ed.)

    **"It is the accepted rule, not only in state courts, but, of the federal courts as well, that**
    **when a judge is enforcing administrative law they are described as mere 'extensions of**
    **the administrative agency for superior reviewing purposes' as a ministerial clerk for an**
    **agency..."** 30 Cal 596; 167 Cal 762.

    **"There are no Judicial courts in America and there has not been since 1789. Judges do**
    **not enforce Statutes and Codes. Executive Administrators enforce Statutes and Codes.**
    **There have not been any Judges in America since 1789. There have just been**
    **Administrators."** FRC v. GE 281 US 464, Keller v. PE 261 US 428 1Stat. 138-178

    **"Ministerial officers are incompetent to receive grants of judicial power from the**
    **legislature, their acts in attempting to exercise such powers are necessarily nullities"**
    Burns v. Sup., Ct., SF, 140 Cal. 1, and further,

Fourteen.   Clerks masquerading as Judges have no immunity and are fully liable, in their personal capacity for their actions

    **"Officers of the court have no immunity, when violating a constitutional right, for they are**
    **deemed to know the law."** Owens v Independence 100 S.C.T. 1398 (Ezra 7:23-26)

    **"...where any state proceeds against a private individual in a judicial forum it is well**
    **settled that the state, county, municipality, etc. waives any immunity to counters, cross**
    **claims and complaints, by direct or collateral means regarding the matters involved."**
    Luckenback v. The Thekla, 295 F 1020, 226 Us 328; Lyders v. Lund, 32 F2d 308;

    **"When enforcing mere statutes, judges of all courts do not act judicially"** (and thus are
    **not protected by "qualified" or "limited immunity,"** - SEE: Owen v. City, 445 U.S. 662;
    Bothke v. Terry, 713 F2d 1404) - - **"but merely act as an extension as an agent for the**
    **involved agency -- but only in a "ministerial" and not a "discretionary capacity..."**
    Thompson v. Smith, 154 S.E. 579, 583; Keller v. P.E., 261 US 428; F.R.C. v. G.E., 281, U.S.
    464. **Immunity for judges does not extend to acts which are clearly outside of their**
    **jurisdiction.** Bauers v. Heisel, C.A. N.J. 1966, 361 F.2d 581, Cert. Den. 87 S.Ct. 1367, 386
    U.S. 1021, 18 L.Ed. 2d 457 (see also Muller v. Wachtel, D.C.N.Y. 1972, 345 F.Supp. 160;

Rhodes v. Houston, D.C. Nebr. 1962, 202 F.Supp. 624 affirmed 309 F.2d 959, Cert. den 83 St. 724, 372 U.S. 909, 9 L.Ed. 719, Cert. Den 83 S.Ct. 1282, 383 U.S. 971, 16 L.Ed. 2nd 311, Motion denied 285 F.Supp. 546).

**"An officer who acts in violation of the Constitution ceases to represent the government".** Brookfield Const. Co. v. Stewart, 284 F. Supp. 94.

**"Ignorance of the law does not excuse misconduct in anyone, least of all in a sworn officer of the law."** In re McCowan (1917), 177 C. 93, 170 P. 1100.

**"In arriving at our decision in this matter we do not depart in any way from our holding in Huendling v. Jensen [*300] that the doctrine of judicial immunity extends to courts of limited jurisdiction. But, when a minor magistrate acts wholly without jurisdiction, civil liability attaches for his malicious and corrupt abuse of process and his willful and malicious oppression of any person under the pretense of acting in his official capacity. See Huendling v. Jensen, 168 N.W.2d at 749 and authorities cited."** 188 N.W.2d 294; 1971 Iowa Sup. LEXIS 863; 64 A.L.R.3d 1242, and further,

Fifteen.    The Constitution for the United States of America requires that I be provided with lawful Article III Judges

**"ART. III. § 1. The judicial power of the United States shall be vested in one Supreme Court, and in such inferior courts as the Congress may, from time to time, ordain and establish. The judges, both of the Supreme and inferior courts, shall hold their offices during good behaviour; and shall, at stated times, receive for their services, a compensation, which shall not be diminished during their continuance in office. § 2. The judicial power shall extend to all cases, in law and equity, arising under this Constitution, the laws of the United States, and treaties made, or which shall be made, under their authority; to all cases affecting ambassadors, other public ministers, and consuls; to all cases of admiralty and maritime jurisdiction; to controversies to which the United States shall be a party;- to controversies between two or more States, between a State and citizens of another State, between citizens of different States, between citizens of the same State claiming lands under grants of different States, and between a State, or the citizens thereof and foreign States, citizens or subjects."** 1 Stat. 17-18, and further,

Sixteen.    I **DEMAND** a lawful judge under The Constitution for the United States of America, Article III, and common law, as contemplated by the founding fathers, and anything else is a violation of My rights;

**"It is a fundamental right of a party to have a neutral and detached judge preside over the judicial proceedings."** Ward v Village of Monroeville, 409 U.S. 57, 61-62, 93 S.Ct 80, 83, 34 L.Ed. 2d 267 (1972); Tumey v Ohio, 273 U.S. 510, 5209, 47 S. Ct. 437, 440, 71 L.Ed. 749 (1927), and further,

Seventeen. All Clerks masquerading as Judges are impersonating a public official

**"(a) A person commits an offense if he: (1) impersonates a public servant with intent to induce another to submit to his pretended official authority or to rely on his pretended official acts; or (2) knowingly purports to exercise any function of a public servant or of a public office, including that of a judge and court, and the position or office through which he purports to exercise a function of a public servant or public office has no lawful existence under the constitution or laws of this state or of the United States.**

**(b) An offense under this section is a felony of the third degree."** Texas Penal Code, Section 37.11. IMPERSONATING PUBLIC SERVANT, [emphasis added], and further,

Eighteen.   All Clerks masquerading as Judges are hereby Noticed that they can put their equity and their statutes up their rectal orifice, and further,

Nineteen.   I fully comprehend how United Nations Clerks masquerading as judges on this court and numerous other courts, have repeatedly denied Me a remedy because it supports their bankruptcy and their bankster handlers, and it makes so much business, and they can thereby justify their existence, as explained in the My Youtube videos under the profile sovereignliving, and whether the Judge in this case is actually a Judge, or in reality a Clerk is yet to be seen, and further,

Twenty.     I am being forced to do this because the nice black lady, (Lynn Tedford, or somebody who works for Lynn Fedford),  who was behind the bullet proof glass in the Clerk's Office, on the 3rd Floor of your Fort Worth Courthouse, on Tuesday, October 21, 2014 at approximately 4:15 PM in the afternoon refused to issue the SUMMONS that I had prepared until I setoff the Filing Tax, thereby perjuring her oath, and further,

Twenty-one.        Your perjuring Clerk is fully liable in her personal capacity, for her actions and has no immunity, and further,

Twenty-two.        Your perjuring Clerk is trying to impose an excise tax for an implied license, for the privilege of proceeding in your court;
**"2. The requirement of payment for such <u>licenses is only a mode of imposing taxes</u> on the licensed business, and the prohibition, under penalties, against carrying on the business without <u>license is only a mode of enforcing the payment of such taxes</u>. 5. The recognition by the acts of Congress of <u>the power and right  of the states to tax, control, or regulate any business</u> carried on within its limits is entirely consistent with an intention on the part of Congress to tax such business for national purposes."** License Tax Cases 72 U.S. (5 Wall.) 462 (1866),

**"License, <u>contracts</u>, is a right given by some competent authority to do an act, which without such authority would be illegal. The instrument or writing which secures this right is also called a license. Vide Ayl.Parerg. 353; 15 Vin.Ab 92; Ang. Wat. Co. 61, 85. <u>A license is express or implied</u>. An express license is one in which in direct terms authorizes the performance of a certain act; as a license to keep a tavern by public authority. An implied license is one which though not expressly given, <u>may be presumed from the acts of the party having the right to give it.</u>"** Bouvier's Law Dictionary 1843 Edition, Volume 2, page 53 [emphasis added], and further,

Twenty-three.        Your perjuring Clerk is converting a right into a privilege to tax me for the privilege of existing
**"The individual, unlike the corporation, cannot be taxed for the mere privilege of existing. The corporation is an artificial entity which owes its existence and charter powers to the state; but the individuals' rights to live and own property are natural rights for the enjoyment of which an excise cannot be imposed."** Redfield v. Fisher, 292 P. 813, 135 Or. 180, 294 P.461, 73 A.L.R. 721 (1931), and further,

Twenty-four.        The Constitution for the United States of America is a trust indenture with delegated authority

"There is no such thing as power of inherent Sovereignty in the government of the United States. In this country sovereignty resides in the People, and Congress can exercise no power which they have not, by their Constitution entrusted to it; All else is withheld." Julliard v Greenman 110 U.S. 421

"governments are but trustees acting under derived authority and have no power to delegate what is not delegated to them. But the people, as the original fountain might take away what they have delegated and entrust to whom they please. ... The sovereignty in every state resides in the people of the state and they may alter and change their form of government at their own pleasure." --Luther v. Borden, 48 US 1, 12 L.Ed. 581.

and the Constitution for the United States of America says nothing about a corporation
"A delegate cannot delegate; an agent cannot delegate his functions to a subagent without the knowledge or consent of the principal; the person to whom an office or duty is delegated cannot lawfully devolve the duty on another, unless he be expressly authorized so to do." 9 Coke, 77; Broom, Max. 840; 2 Kent, Comm. 633; 2 Steph. Comm. 119 [emphasis added]
"A delegated power cannot be again delegated." 2 Inst. 597; Black's, 2d. 347; 2 Bouv. Inst. n. 1300

"A deputy cannot have (or appoint) a deputy." Story, Ag. s.13; 9 Coke, 77; 2 Bouv. Inst. n. 1936

therefore there  is no delegated authority for any corporation called United States, and it is an ultra vires corporation
"Ultra vires. An act performed without any authority to act on subject. Haslund v. City of Seattle, 86 Wash.2d 607, 547 P.2d 1221, 1230….. The term has a broad application and includes not only acts prohibited by the charter, but acts which are in excess of powers granted and not prohibited, and generally applied either when a corporation has no power whatever to do an act, …. People ex rel. Barrett v. Bank of Peoria, 295 Ill.App. 543, 15 N.E.2d 333, 335. Act is ultra vires when corporation is without authority to perform it under any circumstances or for any purpose. Ultra vires act of municipality is one which is beyond powers conferred upon it by law. Charles v. Town of Jeanerette, Inc., La.App., 234 So.2d 794, 798." Black's Law Dictionary 6th Edition page 1522, [emphasis added], and further,

Twenty-five.   United States, Inc., is an ultra vires corporation with an unconstitutional delegation of authority;
"As used in this chapter:
(15) "United States" means—
(A) a Federal corporation;
(B) an agency, department, commission, board, or other entity of the United States; or
(C) an instrumentality of the United States." 28 USC § 3002 Definitions [emphasis added]

and the United States is bankrupt
"It is an established fact that the United States Federal Government has been dissolved by the Emergency Banking Act, March 9, 1933, 48 stat. 1, Public Law 89-719; declared by President Roosevelt, being bankrupt and insolvent, H.J.R. 192, 73rd Congress in session June 5, 1933 - Joint Resolution To Suspend The Gold Standard and Abrogate The Gold Clause dissolved the Sovereign Authority of the United States and the official capacities of all United States Governmental Offices, Officers, and Departments and is further

evidence that <u>the United States Federal Government exists today in name only</u>." United States Congressional Record, March 17, 1993 Vol. 33,

and the United States is under Martial Law Rule
**"Since <u>March 9, 1933</u>; the United States has been in a state of <u>declared National Emergency</u> . . . Under the powers delegated by these statutes, the President may: seize property; organize and control the means of production; seize commodities; assign military forces abroad; institute martial law; seize and control all transportation and communication; regulate the operation of private enterprise; restrict travel; and in a plethora of particular ways, control the lives of all American citizens. . . . A majority of the people of the United States have lived all of their lives under emergency rule. For 40 years, freedoms and governmental procedures guaranteed by the Constitution have in varying degrees been abridged by laws brought into force by states of national emergency . . .**" In Reg: U.S. Senate Report No. 93-549 dated 11/19/73 (*73 CIS Serial Set S963-2 - [607 Pages]*):

and the clerks are conspiring together to impose their Martial Law Rule on Me, which is a seditious conspiracy, since I am the lawful government in America
**"If two or more persons in any State or Territory, <u>or in any place subject to the jurisdiction of the United States</u>, conspire to overthrow, put down, or to destroy by force the Government of the United States, <u>or to levy war against them</u>, <u>or to oppose by force the authority thereof</u>, or by force to prevent, hinder, or delay the execution of any law of the United States, or by force to seize, take, or possess any property of the United States contrary to the authority thereof, they shall each be fined under this title or imprisoned not more than twenty years, or both.**" 18 USC § 2384, and further,

Twenty-six.      The Clerks have conspired together to trespass upon Me and My property, under color of their codes, rules and regulations,
"Color" means **"An appearance, semblance, or simulacrum, as distinguished from that which is real. A prima facia or apparent right. Hence, a deceptive appearance, a plausible, assumed exterior, concealing a lack of reality; a disguise or pretext. See also colorable."** Black's Law Dictionary, 5th Edition, on page 240.

"Colorable" means **"That which is in appearance only, and not in reality, what it purports to be, hence counterfeit feigned, having the appearance of truth."** Windle v. Flinn, 196 Or. 654, 251 P.2d 136, 146.

"Color of Law" means **"The appearance or semblance, without the substance, of legal right. Misuse of power, possessed by virtue of state law and made possible only because wrongdoer is clothed with authority of state is action taken under 'color of law.'"** Atkins v. Lanning. D.C.Okl., 415 F. Supp. 186, 188, and further,

Twenty-seven.      The constitution for the United States of America requires that you provide lawful dejure Article III courts, and you can ONLY tax corporations, and I am NOT a corporation as described herein, and further,

Twenty-eight.      Pursuant to your 18 USC § 1342, My proper name is <u>Glenn Winningham; house of Fearn</u> and My proper postal address is;
**Non Domestic Mail**
**C/O 6340 Lake Worth Blvd., #437**
**Fort Worth, Texas**

**Zip Code Exempt**
(DMM 602.1.3.e.2, 18 USC § 1342) Ezekiel 33:1-10
and if it is not shown <u>**exactly**</u> like this, in any communication with Me, it shall be proof that you <u>**intend**</u> to be <u>**guilty**</u> of <u>**mail fraud**</u>, and further,

Twenty-nine.       I am **not** a United States citizen, corporation, or fiction of any kind, but I am an American National, and an inhabitant of the land known as Texas, as described herein, and further,

Thirty.       I am a State Citizen as talked about in the Constitution for the United States of America, which says;
**<u>"The citizens of each State</u> [State Citizens] shall be entitled to all privileges and immunities of <u>citizens in the several States [US citizens]</u>."** Constitution for the United States of America, Article IV, § 2, Clause 1, [emphasis added] 1 Stat. 18, and,

the phrase "<u>citizens in the several states</u>" as described in the <u>Constitution for the United States of America</u>, Article IV, § 2, Clause 1, are <u>US citizens</u>, as differentiated from State citizens as described by "<u>citizens of each State</u>", and, I am a State citizen as described in the Northwest Ordinance;
**"An Ordinance for the government of the Territory of the United States north-west of the river Ohio."** which was **"Done by the United States in Congress assembled, the thirteenth day of July, in the year of our Lord one thousand seven hundred and eighty-seven, and of their sovereignty, and independence the twelfth.",** at 1 Stat. 51.,

which says;
***"Be it ordained by the authority aforesaid,…who have heretofore professed themselves <u>citizens of Virginia,</u>…***
***Be it ordained by the authority aforesaid,…provided that no person shall be eligible or qualified to act as a representative, unless he shall have been <u>a citizen of one of the United States</u> three years,…provided also, that a freehold in fifty acres of land in the district, having been <u>a citizen of one of the States</u>…"*** [emphasis added] and,

Thirty-one. The Articles of Confederation are still in full force and effect, and will <u>always</u> be in full force and effect, as found in the Article 13, and the preamble, which says; **"Whereas the Delegates of the United States of America in Congress assembled…agree to certain Articles of Confederation and <u>Perpetual Union between the states</u>…",** and,

Thirty-two.  Texas joined the Confederacy under the <u>Articles of Confederation</u>, and the <u>United States of America</u>, under the <u>Constitution for the United States of America</u>;
**"Chapter I. – An Act to extend the laws of the United States over the State of Texas, and for other purposes.",** which was Approved on Dec. 29, 1845, by the Twenty-Ninth Congress, Session I, at 9 Stat. 1, where it says;
***"Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,* That all of the laws of the United States are hereby declared to extend to and over, and to have full force and effect within, the State of Texas, <u>admitted at the present session of Congress into the Confederacy</u> and Union of the United States."**, [emphasis added], and further,

Thirty-three.       I am a State citizen as described in the Articles of Confederation;
**"The better to secure and perpetuate mutual friendship and intercourse among the people of the different States in this Union, <u>the free inhabitants of each of these States</u>, [State**

Citizens] paupers, vagabonds, and fugitives from justice excepted, <u>shall be entitled to all privileges and immunities of free citizens in the several States [US citizens]; and the people of each State [State citizens]</u> shall have free ingress and regress to and from any other State,...." Articles of Confederation, Article 4. § 1., [emphasis added], at 1 Stat. 4, and,

Thirty-four. All officers of the court are presumed to know the law;
"In arriving at our decision in this matter we do not depart in any way from our holding in Huendling v. Jensen that the doctrine of judicial immunity extends to courts of limited jurisdiction. But, when a minor magistrate acts wholly without jurisdiction, civil liability attaches for his malicious and corrupt abuse of process and his willful and malicious oppression of any person under the pretense of acting in his official capacity. See Huendling v. Jensen, 168 N.W.2d at 749 and authorities cited."188 N.W.2d 294; 1971 Iowa Sup. LEXIS 863; 64 A.L.R.3d 1242

"Officers of the court have no immunity, when violating a constitutional right, for they are deemed to know the law." Owens v Independence 100 S.C.T. 1398, and further,

Thirty-five. All documents that are recorded with the Pinal County Recorder may be viewed at their website at; http://pinalcountyaz.gov/Departments/Recorder/Pages/DocumentSearch.aspx and further,

Thirty-six. Under Texas law, all recorded documents are admitted as evidence because of the "full faith and credit" clause of the Constitution for the United States of America, as well as found in; "An Act to amend Article of 3726 of the 1925 Revised Civil Statutes of the State of Texas so as to add the words: "so recorded, after being proved or acknowledged in the manner provided by the laws of this State in force at the time of its registration, or at the time it was proved or acknowledged, or every instrument which has been or hereinafter may be," after the words: "and which has been or hereinafter may be" and before the words: "actually so recorded for ten years," so as to provide that hereinafter any instrument legally on record in the office of the County Clerk shall be admitted in evidence in any suit without the necessity of proving its execution, unless attacked as provided therein, and declaring an emergency.", which was Approved on June 7, 1927, under Chapter 73. [House Bill No. 73], under the General and Special Laws of the Fortieth Legislature, First Called Session, and under Section 1, which says;

"Every instrument of writing which is permitted or required by law to be recorded in the office of the Clerk of the County Court, and which has been, or hereinafter may be, so recorded, after being proved or acknowledged in the manner provided by the laws of this State in force at the time of its registration, or at the time it was proved or acknowledged, or every instrument which has been, or hereinafter may be, actually recorded for a period of ten years in the book used by said Clerk for the recording of such instruments, whether proved or acknowledged in such manner or not, shall be admitted as evidence in any suit in this State without the necessity of proving its execution,...", [emphasis added], and further,

Thirty-seven. This court has to recognize Texas law, even if the Judge decides to be a Clerk, and masquerade as a judge;
"There is no common law of United States as contradistinguished from individual states; and courts of the United States, instead of administering common law or any particular system, conform to law of states where they are situated." People v. Folsom (1855), 5 C. 373, and further,

Thirty-eight.        The Maxim of Law *ejusdem generis*, states that in definition sections of statutes the entities listed are all the same kind of entities,

**"EJUSDEM GENERIS. Of the same kind, class, or nature. In the construction of laws, wills, and other instruments, the "ejusdem generis rule" is, that where general words follow an enumeration of persons or things, by words of a particular and specific meaning, such general words are not to be construed in their widest extent, but are to be held as applying only to persons or things of the same general kind or class as those specifically mentioned. Black, Interp. of Laws, 141; Goldsmith v. U. S., C.C.A.N.Y., 42 F.2d 133, 137; Aleksich v. Industrial Accident Fund, 116 Mont. 69, 151 P.2d 1016, 1021."** Black's Law Dictionary 4th Edition, Page 608, Example: if a law refers to automobiles, trucks, tractors, motorcycles and other motor-powered vehicles, "vehicles" would not include airplanes, since the list was of land-based transportation.

**"EJUSDEM GENERIS [Latin "of the same kind or class"] A canon of construction that when a general word or phrase follows a list of specifics, the general word or phrase will be interpreted to include only items of the same type as those listed. • For example, in the phrase horses, cattle, sheep, pigs, goats, or any other farm animal, the general language or any other farm animal — despite its seeming breadth — would probably be held to include only four-legged, hoofed mammals typically found on farms, and thus would exclude chickens. — Cf. EXPRESSIO UNIUS EST EXCLUSIO ALTERIUS; NOSCITUR A SOCIIS; RULE OF RANK."** Black's Law Dictionary 8th Edition page 1568, and further,

Thirty-nine. In statute writing, maxims of law say that the word "includes" means only that which comes after it and it excludes all else by its use;

**"Inclusio unius est exclusio alterius. The inclusion of one is the exclusion of another. 11 Co. 58."** Bouvier's 1856 Law Dictionary

**"EXPRESSIO UNIUS EST EXCLUSIO ALTERIUS expressio unius est exclusio alterius [Law Latin] A canon of construction holding that to express or include one thing implies the exclusion of the other, or of the alternative. For example, the rule that "each citizen is entitled to vote" implies that noncitizens are not entitled to vote. — Also termed inclusio unius est exclusio alterius; expressum facit cessare tacitum. Cf. EJUSDEM GENERIS; NOSCITUR A SOCIIS; RULE OF RANK. [Cases: Contracts 152; Statutes 195. C.J.S. Contracts §§ 307, 318–322, 327, 331; Statutes § 323.]"** Black's Law Dictionary 8th Edition Page 1750, and further,

Forty.        In statute writing, the word "includes" is a word of limitation.
<u>Montello Salt v. Utah 221 US 455</u>
*"Include' or the participial form thereof, is defined 'to comprise within'; 'to hold'; 'to contain'; 'enclosed'; 'comprised'; 'comprehend'; 'embrace'; 'involve'."*

**"Include 1. To confine within; to hold; to contain; as, the shell of a nut includes the kernel; a pearl is included in a shell. [But in these senses we more commonly use inclose.] 2. To comprise; to comprehend; to contain."** American Dictionary of The English Language, Noah Webster, 1828

**"Include. (Lat. Inclaudere, to shut in, keep within.) To confine within, hold as in an inclosure, take in, attain, shut up, contain, inclose, comprise, comprehend, embrace,**

involve. **Premier Products Co. v. Cameron, 240 Or. 123, 400 P.2d 227, 228."** Black's Law Dictionary 6th Edition, page 763

**"INCLUDE. (Lat. *inclaudere*, to shut in, keep within). To confine within, hold as in an inclosure, take in, attain, shut up, contain, inclose, comprise, comprehend, embrace, involve. Miller v. Johnston, 173 N.C. 62, 91 S.E. 593. Prairie Oil and Gas Co. v. Motter, D.C.Kan., 1 F.Supp. 464, 468; Decorated Metal Mfg. Co. v. U. S., 12 Ct.Cust.App. 140; In re Sheppard's Estate, 179 N.Y.S. 409, 412, 189 App.Div. 370; Rose v. State, 184 S.W. 60, 61, 122 Ark. 509; United States ex rel. Lyons v. Hines, 103 F.2d 737, 740, 70 App.D.C. 36, 122 A.L.R. 674."** Black's Law Dictionary 4th Edition, page 905, and further,

Forty-one.   The words "person" and "whoever" are ONLY used for corporations and fictitious entities, and an "individual" is a 15 USC § 44 unincorporated corporation (*cestui que* trust); **"the words "person" and "whoever" include corporations, companies, associations, firms, partnerships, societies, and joint stock companies, as well as individuals;"** 1 USC § 1,

which is also found in the Statutes at Large;
**"Chap. LXXI. - An Act prescribing the form of the enacting and resolving Clauses of Acts and Resolutions of Congress, and Rules of construction therefore."** which was approved on Feb 25, 1871, in Volume 16, Forty-First Congress, Session III, under Sec. 2., at 16 Stat. 431, says;
**"And be it further enacted that in all Acts hereinafter passed...; and the word "person" may extend and be applied to bodies politic and corporate...",**

which is consistent with other federal codes when they say a "person" is a fictitious entity,
**"(a) When used in this title, where not otherwise distinctly expressed or manifestly incompatible with the intent thereof—**
**(1) Person**
**The term "person" shall be construed to mean and include an individual, a trust, estate, partnership, association, company or corporation."** 26 USC § 7701. Definitions

and the US Supreme Court;
**Inasmuch as <u>every government</u> is an <u>artificial person</u>, an abstraction, and a <u>creature of the mind only</u>, a government can interface <u>only with other artificial persons.</u> The imaginary, having <u>neither actuality nor substance,</u> is foreclosed from creating and attaining parity with the tangible. The legal manifestation of this is that <u>no government, as well as any law, agency, aspect, court, etc. can concern itself with anything other than corporate, artificial persons and the contracts between them.</u>** Penhallow v. Doane's Administraters 3 U.S. 54; 1 L.Ed. 57; 3 Dall. 54, (1795),

and the Statutes at Large take precedence over any code, because the code is some BAR members opinion of what the Statutes at Large say;
**"The Code is only prima facie evidence of the laws of the United States.  1 U.S.C. § 204 (a).  Where an inconsistency between the United States Code and the Statutes at Large appears, the Statutes at Large prevail over the Code.  Stephan v. United States, 319 U.S. 423, 426, 63 S.Ct. 1135, 87 L.Ed. 1490 (1943)."** Peart v. Motor Vessell Bering Explorer, 373 F.Supp. 927, at 928 (April 12, 1974).

**"[1] It is well settled that "the Code cannot prevail over the Statutes at Large, when the two are inconsistent."  Stephan v. United States, 319 U.S. 423, 63 S.Ct. 1135, 1137, 80**

**L.Ed. 1490; Royer's Inc. v. United States, 3 Cir., 265 F.2d 615.  The provisions of the Code are merely prima facie evidence of the law.  1 U.S.C. § 204 (a)."**  American Export Lines Inc. v. United States, 290 F.2d 925, at 929 (July 19, 1961)

Forty-two.  It is a felony for "whoever" to claim to be a US citizen when it is known that they are not, and even though I can prove that I am NOT a "whoever", I do not bear false witness, therefore I cannot claim to be a US citizen, when I know that I am NOT;
> **"Whoever falsely and willfully represents himself to be a citizen of the United States shall be fined under this title or imprisoned not more than three years, or both."** 18 USC § 911, and further,

Forty-three. A United States citizen is a "person";
> **"All persons born or naturalized in the United States, and subject to the jurisdiction thereof, are citizens of the United States..."** 14th Amendment Section 1, and further,

Forty-four.  All codes, rules, and regulations are color of law, as described herein, and;
> **All codes, rules and regulations are unconstitutional and lacking in due process**
> Rodrigues v Donovan, 769 F.2d 1344

> **"Color" means "An _appearance_, semblance, or simulacrum, as distinguished from that which is real. _A prima facia or apparent right_. Hence, a deceptive appearance, a plausible, assumed exterior, concealing a lack of reality; a disguise or pretext. See also colorable."** Black's Law Dictionary, 5th Edition, on page 240. [Emphasis added]

> **"Colorable" means "That which is in _appearance_ only, and not in reality, what it purports to be, hence counterfeit feigned, having the _appearance_ of truth."** Windle v. Flinn, 196 Or. 654, 251 P.2d 136, 146. [Emphasis added]

> **"Color of Law" means "The _appearance_ or semblance, without the substance, of legal right. Misuse of power, possessed by virtue of state law and made possible only because wrongdoer is clothed with authority of state is action taken under 'color of law.'"** Atkins v. Lanning. D.C.Okl., 415 F. Supp. 186, 188, [Emphasis added]

> **""prima facia" At first sight; on the first _appearance_; on the face of it; so far as can be judged from the first disclosure; presumably; a fact presumed to be true unless disproved by some evidence to the contrary."** State ex rel. Herbert v. Whims, 68 Ohio App. 39, 38 N.E.2d 596, 599, 22 O.O. 110. Black's Law Dictionary 5th Edition page 1071. [Emphasis added], and further,

Forty-five.  I am not a person, as far as your statutes are concerned, because a "person" is:
   a) **"a variety of entities other than human beings."** Church of Scientology v  U.S. Department of Justice, 612 F2d 417 (1979) at pg 418
   b) **"...foreigners, not citizens...."** United States v Otherson, 480 F. Supp. 1369 (1979) at pg 1373.
   c) **"Person: —term** may include labor organizations, partnerships, associations, corporations, legal representatives, trustees, trustees in bankruptcy, or receivers... Scope and delineation of **term** is necessary for determining those to whom Fourteenth Amendment of Constitution affords protection since this Amendment expressly applies to —person." Black"s Law Dictionary, Sixth Edition

and a sovereign is not a "person" in a legal sense and as far as a statute is concerned;

a)  *" 'in common usage, the term 'person' does not include the sovereign, [and] statutes employing the [word] are normally construed to exclude it.'  Wilson v Omaha Tribe, 442 US653 667, 61 L Ed 2d 153, 99 S Ct 2529 (1979) (quoting United States v Cooper Corp. 312 US 600, 604, 85 L Ed 1071, 61 S Ct 742 (1941). See also United States v Mine Workers, 330 US 258, 275, 91 L Ed 884, 67 S Ct 677 (1947)"* Will v Michigan State Police, 491 US 58, 105 L. Ed. 2d 45, 109 S.Ct. 2304, and,

b)  *"a sovereign is not a person in a legal sense"* In re Fox, 52 N. Y. 535, 11 Am. Rep. 751; U.S. v. Fox, 94 U.S. 315, 24 L. Ed. 192, and further,

Forty-six.   Because I am one of "We the people", therefore I have all the rights of the King, **"The people or sovereign are not bound by general word in statutes, restrictive of prerogative right, title or interest, unless expressly named. Acts of limitation do not bind the King or the people. The people have been ceded all the rights of the King, the former sovereign,......It is a maxim of the common law, that when an act is made for the common good and to prevent injury, the King shall be bound, though not named, but when a statute is general and prerogative right would be divested or taken from the King (or the people) he shall not be bound."** People v Herkimer, 4 Cowen (NY) 345, 348 (1825).

**"Every citizen & freeman is endowed with certain rights & privileges to enjoy which no written law or statute is required. These are the fundamental or natural rights, recognized among all free people."** U.S. v. Morris, 125 F 322, 325, and further,

Forty-seven.       The phrase "due process of law", as found in Article Five in Amendment, for the Constitution for the United States of America, means by indictment at common law and by trial at common law and conviction before a jury of My peers, **"Ld. Coke in his commentary upon this statute says that these words "by the law of the land" mean "by the due course and process of law"; which he afterwards explains to be, "by indictment and presentment of good and lawful men where such deeds are done in due manner or by writ original of the common law" 2 Inst. 45,50"** Tayler v Porter, 4 Hill 773 (1843) New York Supreme Court, and further,

Forty-eight. The **only** way you can do **anything** to cause Me injury in **any** way is with a jury of My peers or the law of the land (common law), as affirmed for "persons" only in Article Five in Amendment; **"No person shall be...deprived of life, liberty, or property without due process of law..."** Article Five in Amendment, Constitution for the United States of America, and further,

Forty-nine.  No officer of any court is authorized, to serve commercial process on Me, and further,

Fifty.       The so-called fourteenth amendment is for slaves; **"The (14th) amendment referred to slavery. Consequently, the only persons embraced by its provisions, and for which Congress was authorized to legislate in the manner were those then in slavery."** *Bowling v. Commonwealth, (1867), 65 Kent. Rep. 5, 29.*

**"No white person born within the limits of the United States and subject to their jurisdiction, or born without those limits and subsequently naturalized under their laws, owes his status of citizenship to the recent amendments to the Federal Constitution."** *Van Valkenburg v. Brown, 43 Cal 43*

**"All citizens of the United States shall have the same right, in every State and Territory, as is enjoyed by white citizens thereof to inherit, purchase, lease, sell, hold, and convey real and personal property."** 42 USC § 1982

**"The term resident and citizen of the United States is distinguished from a Citizen of one of the several states, in that the former is a special class of citizen created by Congress."** U.S. v. Anthony 24 Fed. 829 (1873), and further,

Fifty-one.   There is no authority to impose anything in the so-called Fourteenth Amendment or any subsequent amendment on Me, and further,

Fifty-two.   All officers of the court are My agents;
**"the government is but an agency to the state,"** -- the state being the sovereign people. State v. Chase, 175 Minn, 259, 220 N.W. 951, 953, and further,

Fifty-three. I am not bankrupt like the corporation called UNITED STATES, or the federal corporation called STATE OF TEXAS,
**"There has been created a fictional federal State (of) xxxxxx within a state. See Howard v. Sinking Fund of Louisville, 344 U.S. 624, 73 S.Ct. 465, 476, 97 L.Ed. 617 (1953);"** Schwarts v. O'Hara TP School District, 100 A 2d. 621, 625, 375, Pa. 440

and I have in my possession much more than thirty pieces of silver, each piece of which is one troy ounce of pure silver, and I <u>demand and have My God given right</u> not to be treated like a pauper;
**"The better to secure and perpetuate mutual friendship and intercourse among the people of the different States in this Union, the free inhabitants of each of these States, <u>paupers, vagabonds, and fugitives from justice excepted</u>, shall be entitled to all privileges and immunities of free citizens in the several States; and the people of each State shall free ingress and regress to and from any other State…"** Article IV of the Articles of Confederation, and further,

Fifty-four.   Because I have "people", "land" (absolute title to land), and "resources" (lawful money) that I am a nation under international law, and further,

Fifty-five.   While I do travel on the land known as Texas, or elsewhere on Turtle Island, from time to time, but I am not even remotely interested in being in your municipal corporation called UNITED STATES, or in any of its political subdivisions called STATE OF TEXAS, or STATE OF ARIZONA, or STATE OF DELAWARE, or any such municipal corporation, and any attempt by you, or your subordinates, to coerce or intimidate Me into your municipal corporation is **perjury of oath, treason,** and **sedition, at a minimum,** by whoever does it, and you, and further,

Fifty-six.   I am not party to, nor subject to the term "<u>conflict of laws</u>."
**"… [T]he body of learning we call <u>conflict of laws</u> elsewhere is called private international law because it is applied to adjustment of <u>private interests</u>, while public international law is applicable to the relations between states."** Garner v. Teamsters, Chauffeurs & Helpers Local Union, 346 US 485, 495; 98 L Ed 228; 74 S Ct 161 [emphasis added]

**"In the sense of <u>public</u> international law, the several states of the Union are neither foreign to the United States nor are they foreign to each other, but <u>such is not the case in the field of private international law</u>."** Robinson v. Norato, 71 RI 256, 43 A2d 467, 162 ALR 362. [emphasis added]

and the <u>Uniform Commercial Code</u>, [Texas Business and Commerce Code] by the copyright owner's own admission, is <u>Private International Law</u>. To simplify and explain the course of events that leads us to the mass confusion of "Public is Private" and "Private is Public", I have immediately below included as follows:

The first "connection" from the highest, and most potent, position is:

**a. 77 Stat. 630-631, P.L. 88-243 (1963)**
**"Public Law 88-243. - An Act to enact the Uniform Commercial Code for the District of Columbia."** which was approved on December 30, 1963, in Volume 77, Eighty-Eighth Congress, Session I, at 77 Stat. 630, says;
**"*Resolved by the Senate and House of Representatives of the United States of America in Congress assembled,* That the President is hereby authorized to accept membership for the Government of the United States in (1) the <u>Hague Conference on Private International Law</u>, and (2) the <u>International (Rome) Institute for the Unification of Private Law</u>, and to appoint the United States delegates and their alternates to meetings of the two organizations, and the committees and organs thereof.**
**Sec. 2. There is authorized to be appropriated such sums as may be necessary, not to exceed $25,000 annually, for the payment by the United States of (1) its proportionate share of the expenses of the <u>Hague Conference on Private International Law</u> and of the <u>International (Rome) Institute for the Unification of Private Law</u>, and (2) all other necessary expenses incident to participation by the United States in the activities of the two organizations referred to in clause (1) of this section .", and,**

**"Public Law 88-244. [House Joint Resolution 778] – To provide for participation by the Government of the United States in the Hague Conference on Private International Law and the International (Rome) Institute for the Unification of Private Law, and authorizing appropriations therefore."** which was resolved on December 30, 1963, in Volume 77, Eighty-Eighth Congress, Session I, at 77 Stat. 775, says;
**"*Resolved by the Senate and House of Representatives of the United States of America in Congress assembled,* That the President is hereby authorized to accept membership for the Government of the United States in (1) the <u>Hague Conference on Private International Law</u>, and (2) the <u>International (Rome) Institute for the Unification of Private Law</u>, and to appoint the United States delegates and their alternates to meetings of the two organizations, and the committees and organs thereof.**
**Sec. 2. There is authorized to be appropriated such sums as may be necessary, not to exceed $25,000 annually, for the payment by the United States of (1) its proportionate share of the expenses of the <u>Hague Conference on Private International Law</u> and of the <u>International (Rome) Institute for the Unification of Private Law</u>, and (2) all other necessary expenses incident to participation by the United States in the activities of the two organizations referred to in clause (1) of this section .",,**

introduces and "makes law" providing the Uniform Commercial Code (UCC) as <u>Private Law</u> enacted for the municipal District of Columbia and the United States (federal government). These laws/actions were/are expressly in force and effect on <u>**citizens**</u> of the federal government. PL 88-243, 77 Stat 630 is "<u>**AN ACT To enact the Uniform Commercial Code for the District of Columbia**, and for other purposes</u>." [emphasis added] This is where the uniform commercial code enters as the implied "law of the land" for the Federal Government.

For sake of simplicity, a "Public Law", as referenced, P.L. 88-244, is Private Law only meant for

private <u>corporate citizens</u>, not "We The People".

**(i)** "A <u>private law</u> is one which is confined to particular individuals, associations, or <u>corporations</u>": 50 AmJur 12, p.28

**(ii)** A <u>private law</u> can be enforced by a court of competent jurisdiction when statutes for its enforcement are enacted: 20 AmJur 33, pgs. 58, 59.

**(iii)** Statutes creating corporations are <u>private acts</u>: 20 AmJur 35, p. 60.

**(iv)** In this connection, the **Federal Reserve Act** is <u>private law</u>. Federal Reserve banks derive their existence and corporate power from the Federal Reserve Act: *Armano v. Federal Reserve Bank* 468 F.Supp 674 (1979).

**(v)** The distinction between <u>public and private acts</u> is not always sharply defined when published statutes are printed in their final form: *Case v. Kelly* 133 U.S. 21 (1890).

**b.** It is all **private law and International Law** (but, may be referred to as **Private International Law**), and it is owned by the same people that <u>**own public law 88-243 (1968). The UCC [Texas Business and Commerce Code] was written and is owned by UNIDROIT.**</u> It is in the Vatican (actually, it is only about one hundred yards from the "Holy See"), and

**(i)** To properly address "public law", one must understand that it is "Private Corporate Charter" that owns the "P.L." and it is all "statutory". Public Law was converted to Public Policy in 1938 (policy = political = police). All private corporations, including governments, are under "public policy" and are to deal <u>**only**</u> with other corporations, as exemplified herein.

**(ii)** Private Man is not affected by public law, public policy, private law, or anything else, as long as, Private Man does not harm another Private Man. He is not "statutory", but Lawful.

**(iii)** Public means: of, concerning, or affecting the common unity of the people, the Assemblage of Private Man.

**(iv)** Private means: not available for public use, control, or participation, belonging to a particular person or persons, as opposed to the public or the government (remember, as a corporation, the government becomes no more than any other corporate "person"), not holding an official or public position.

**(v)** The entire taxing and monetary systems are, hereby, placed under the U.C.C. The Federal Tax Lien Act of 1966. [emphasis added]

**c. The U.S. pays $260,000 per year to UNIDROIT for the use of the copyrighted UCC.** The International Registry is the private law of UNIDROIT, and since the United States has signed onto the UNIDROIT statute, (<u>International Institute for the Unification of Private Law</u>), which is all about Private International Law, which is another name for the Uniform Commercial Code, and UNIDROIT is owned and operated by the Vatican, and they are using their commercial law to enforce their martial law jurisdiction, and further,

Fifty-seven. My rights are "<u>**unalienable**</u>" as found in the positive law embodied in the Declaration of Independence (1776), which means that they <u>**cannot**</u> be alienated under <u>**any**</u> circumstances.

**"It will be admitted on all hands that with the exception of the powers granted to the states and the federal government, through the Constitutions, the people of the several states are unconditionally sovereign within their respective states."**
Ohio L. Ins. & T. Co. v. Debolt, 16 How. 416, 14 L.Ed. 997, and further,

Fifty-eight.  All corporations are by definition incorporated into the government, therefore any so-called contract with any corporation is by definition a nullity, because the government cannot commit treason, by getting me into some so-called contract by which I lose my God given rights, and further,

Fifty-nine.  All corporations are, by definition, **incorporated** into the government, therefore they are all agencies of the government, and **all** contracts with **any** government agency is a **nullity**, as far as **any** violation of My rights is concerned, whether the so-called contract is in writing or not.
**"absolute nullity. Civil law. 1. An act that is void because it is against public policy, law, or order. • The nullity is noncurable. It may be invoked by any party or by the court. See La. Civ. Code arts 7, 2030. 2. The state of such a nullity."** Black's Law Dictionary 8th Edition, p 3391, and further,

Sixty.     Your US citizen <u>cestui que trust</u> is a fraud, because I am NOT dead, and you  know it, and under your <u>Cestui Que Vie Act 1666, 1666 CHAPTER 11, 18, and 19 Cha 2, in Section IV</u> it says;
**"If the supposed dead Man prove to be alive, then the Title is revested…",** and further,

Sixty-one.  I am not one of your US citizen slaves;
**"There is a clear distinction between national citizenship and state citizenship."** 256 P. 545, affirmed 278 US 123, Tashiro vs. Jordan

**"The privileges and immunities clause of the 14[th] Amendment protects very few rights because it neither incorporates the Bill of Rights, nor protects all rights of individual citizens. Instead this provision protects only those rights peculiar to being a citizen of the federal government; it does not protect those rights which relate to state citizenship."** Jones v. Temmer, 89 F. Supp 1226

**"there is in our Political System, a government of each of the several states and a government of the United States  Each is distinct from the other and has citizens of its own."** US vs. Cruikshank, 92 US 542,

**"A person who is a citizen of the United States** is necessarily a citizen of the particular state in which he resides. **But a person may be a citizen of a particular state and not a** <u>citizen of the United States**. To hold otherwise would be to deny to the state the highest exercise of its sovereignty, -- the right to declare who are its citizens."** State v. Fowler, 41 La. Ann. 380 6 S. 602 (1889), [emphasis added]

**"One may be a citizen of a State and yet not a citizen of the United States. Thomasson v State, 15 Ind. 449; Cory v Carter, 48 Ind. 327 (17 Am. R. 738); McCarthy v. Froelke, 63 Ind. 507; In Re Wehlitz, 16 Wis. 443."** Mc Donel v State, 90 Ind. Rep. 320 at pg 323;

Crosse v. Board of Supervisors, Baltimore, Md., 1966, 221 A. 2d 431 citing US Supreme Court Slaughter House Cases and U.S. v. Cruikshank 92 US 542, 549, 23 L. Ed 588 1875: **Both before and after the 14th Amendment to the Federal Constitution it has not been necessary for a person to be a citizen of the U.S. in order to be a citizen of his State;**

Gardina v. Board of Registers 48 So. 788, 169 Ala. 155 1909: **"There are two classes of citizens, citizens of the United States and of the State. And one may be a citizen of the former without being a citizen of the latter";**

The United States Supreme Court quite thoroughly expanded on the two classes of citizenship in the case Maxwell v Dow, 20 S.C.R. 448, where it said: **"...that there was a citizenship of the United States and a citizenship of the states, which were distinct from each other, depending upon different characteristics and circumstances in the individual; that it was only privileges and immunities of the citizens of the United States that were placed by the amendment under the protection of the Federal Constitution, and that the privileges and immunities of a citizen of a state, whatever they might be, were not intended to have any additional protection by the paragraph in question, but they must rest for their security and protection where they have heretofore rested."** Maxwell v Dow, 20 S.C.R. 448, at pg 451;

**"...the privileges and immunities of citizens of the United States do not necessarily include all the rights protected by the first eight amendments to the Federal constitution against the powers of the Federal government."** Maxwell v Dow, 20 S.C.R. 448, at pg 455;

and as a state Citizen, I am one of the Sovereign People, and part of the Sovereign body of People, and I have all of the rights of the King;
**"The words "people of the United States" and "citizens" are synonymous terms and mean the same thing. They both describe the political body who, according to our republican institutions form the sovereignty, and who hold the power, and conduct the government through their representatives. They are what we familiarly call the sovereign people, and every citizen of one of this people, and a constituent member of the sovereignty."** Dredd Scott v Sandford 60 U.S. 393

**"The people or sovereign are not bound by general word in statutes, restrictive of prerogative right, title or interest, unless expressly named. Acts of limitation do not bind the King or the people. The people have been ceded all the rights of the King, the former sovereign,.."** People v Herkimer, 4 Cowen (NY) 345, 348 (1825)

**"One sovereign does not need to tell another sovereign that he/she is sovereign.  The sovereign is merely sovereign by his very existence.  The rule in America is that the American people are the sovereigns."**  Kemper v. State, 138 Southwest 1025 (1911)

**"...at the revolution the Sovereignty devolved on the people; and they are truly the sovereigns of the country... the citizens of America are equal as fellow citizens, and as joint tenants in the sovereignty."** Chisholm v Georgia, 2 Dall. 440, at pg 471

**"People of a state are entitled to all rights, which formerly belong to the King by his prerogative."** Lansing v Smith, (1829) 4 Wendell 9,20 (NY).

**"It will be admitted on all hands that with the exception of the powers granted to the states and the federal government, through the Constitutions, the people of the several states are unconditionally sovereign within their respective states."** Ohio L. Ins. & T. Co. v. Debolt, 16 How. 416, 14 L.Ed. 997.

**"Men are endowed by their Creator with certain unalienable rights,-'life, liberty, and the pursuit of happiness;' and to 'secure,' not grant or create, these rights, governments are instituted. That property which a man has honestly acquired he retains full control of. . ."**
Budd v. People of State of New York, 143 U.S. 517 (1892)

and governments are My agents with authority that I delegate, and EVETHING they do, with authority, is under My authority, and consistent ONLY within the four corners of the *lex scripta* and *lex non-scripta* and to do otherwise negates their authority thereby atturning them into criminals and usurpers of the Law;
**"the government is but an agency to the state,"** -- the state being the sovereign people.
State v. Chase, 175 Minn, 259, 220 N.W. 951, 953

**"No state legislator or executive or judicial officer <u>can war against the Constitution without violating his undertaking to support it."</u> The constitutional theory is that we the people are the sovereigns, <u>the state and federal officials only our</u> agents."**
Cooper v. Aaron, 358 U.S. 1, 78 S.Ct. 1401 (1958). [emphasis added]

**"A Sovereign is exempt from suit, not because of any formal conception or obsolete theory, but on the logical and practical ground that there can be no legal Right as against the authority that makes the law on which the Right depends."**
Kawananakoa v. Polyblank, 205 U.S. 349, 353, 27 S. Ct. 526, 527, 51 L. Ed. 834 (1907).

**"governments are but trustees acting under derived authority and have no power to delegate what is not delegated to them. But the people, as the original fountain might take away what they have delegated and entrust to whom they please. ... The sovereignty in every state resides in the people of the state and they may alter and change their form of government at their own pleasure."** *--Luther v. Borden*, 48 US 1, 12 Led 581

and there is nothing the government can do to affect "the People";
Inasmuch as <u>every government</u> is an <u>artificial person</u>, an abstraction, and a <u>creature of the mind only</u>, a government can interface <u>only with other artificial persons.</u> The imaginary, having <u>neither actuality nor substance,</u> is foreclosed from creating and attaining parity with the tangible. The legal manifestation of this is that <u>no government, as well as any law, agency, aspect, court, etc. can concern itself with anything other than corporate, artificial persons and the contracts between them.</u>
Penhallow v Doane's Administrators, 3 U.S. 54 (1795) at p 93

**"Sovereignty itself is, of course, not subject to law, for it is the author and source of law; but in our system, while sovereign powers are delegated to the agencies of government, sovereignty itself remains with the people, by whom and for whom all government exists and acts."** Yick Wo v Hopkins, 118 US 356, at pg 370;

**"There is no such thing as power of inherent Sovereignty in the government of the United States. In this country sovereignty resides in the People, and Congress can exercise no power which they have not, by their Constitution entrusted to it; All else is withheld."** Julliard v Greenman 110 U.S. 421

and as a member of the Sovereignty, I am completely immune from those laws inconsistent with the *lex scripta* and the *lex non-scripta*;
<u>**"The state citizen is immune from any and all government attacks and procedure,** absent contract." see, Dred Scott vs. Sanford, 60 U.S. (19 How.) 393 or as the Supreme Court has</u>

stated clearly, "...every man is independent of all laws, except those prescribed by nature. He is not bound by any institutions formed by his fellowmen without his consent." CRUDEN vs. NEALE, 2 N.C. 338 2 S.E. 70, [emphasis added]

"The rights of the individuals are restricted only to the extent that they have been voluntarily surrendered by the citizenship to the agencies of government." City of Dallas v Mitchell, 245 S.W. 944

"State citizens are the only ones living under free government, whose rights are incapable of impairment by legislation or judicial decision." Twining v. New Jersey, 211 U.S. 97, 1908

"State Citizenship is a vested substantial property right, and the State has no power to divest or impair these rights." Favot v. Kingsbury, (1929) 98 Cal. App. 284, 276 P. 1083,

and as a sovereign, I am also a non-taxpayer,
"Persons who are not taxpayers are not within the system and can obtain no benefit by following the procedures prescribed for taxpayers, such as the filing of claims for refunds." Economy Plumbing and Heating v. U.S., 470 F.2d 585 (Ct. Cl. 1972)

"The revenue laws are a code or a system in regulation of tax assessment and collection. They relate to taxpayers, and not to non-taxpayers. The latter are without their scope. No procedures are prescribed for non-taxpayers, and no attempt is made to annul any of their rights and remedies in due course of law. With them Congress does not assume to deal, and they are neither the subject nor the object of the revenue laws." Long v. Rasmussen, 281 F. 236, at 238

"Taxpayers are not State Citizens."  Belmont v. Town of Gulfport, 122 So. 10.

and any attempt to cause Me injury with any so-called prosecutions or theft by the imposition of any taxes is the common law crime of bearing false witness, adultery, theft, ba'al worship and other transgressions of the Law set out in the *Pentateuch*, in modern language; "barratry"
"No action can be taken against a sovereign in the non-constitutional courts of either the United States or the state courts & any such action is considered the crime of Barratry. Barratry is an offense at common law." State vs. Batson, 17 S.E. 2d 511, 512, 513

and because I am a state citizen, I am also a judicial power citizen as evidenced in the Corporate Denial Affidavit 062013, which is recorded with the Pinal County Recorder at Fee Number 2013-032373, which is incorporated herein by reference in its entirety, which is now the unrebutted truth, and public policy;
"The judicial power is the power to hear those matters which affect life, liberty or property of the Citizens of the State." Sapulpa v Land, 101 Okla. 22, 223 Pac. 640, 35 A.L.R. 872, and further,

Sixty-two.   The rights of State citizens are unaffected by the so-called Fourteenth Amendment;
"The rights of (original judicial) Citizens of the States, as such, are not under consideration in the fourteenth amendment. They stand as they did before the fourteenth amendment, and are fully guaranteed under other provisions." United States v. Anthony, 24 Fed. Cas. 829, 930 (1873).

and the United States Supreme Court quite thoroughly expanded on the two classes of citizenship in the case Maxwell v Dow, 20 S.C.R. 448, where it said: **"...that there was a citizenship of the United States and a citizenship of the states, which were distinct from each other, depending upon different characteristics and circumstances in the individual; that it was only privileges and immunities of the citizens of the United States that were placed by the amendment under the protection of the Federal Constitution, <u>and that the privileges and immunities of a citizen of a state, whatever they might be, were not intended to have any additional protection by the paragraph in question, but they must rest for their security and protection where they have heretofore rested.</u>"** Maxwell v Dow, 20 S.C.R. 448, at pg 451; [Emphasis added]

and all of this is because of the law of nature, as described by Blackstone, and common law; **"This law of nature, being coeval with mankind and dictated by God himself, is of course superior in obligation to any other. It is binding over all the globe in all countries, and at all times: no human laws are of any validity, if contrary to this; and such of them as are valid derive all their force, and all their authority, mediately or immediately, from this original."** Blackstone's Commentaries on the Laws of England (1765-1769) at number 41,

**"Every citizen & freeman is endowed with certain rights & privileges to enjoy which no written law or statute is required. These are the fundamental or natural rights, recognized among all free people."** U.S. v. Morris, 125 F 322, 325,

**"As general rule men have natural right to do anything which their inclinations may suggest, if it be not evil in itself, and in no way impairs the rights of others."** In Re Newman (1858), 9 C. 502.

**"All acts of the legislature apparently contrary to natural <u>rights</u> and justice are, in our law and must be in the nature of things, considered as void. The <u>laws</u> of nature are the laws of God, whose authority can be superseded by no power on earth. A legislature must not obstruct our obedience to him from whose punishments they cannot protect us. All human constitutions which contradict his (God's) laws, we are in conscience bound to disobey."** 1772, Robin v. Hardaway, 1 Jefferson 109. [emphasis added]

the first ten Articles in Amendment to the Constitution for the United States of America are intended to protect certain common law rights from the federal government; **"History is clear that the first ten amendments to the <u>Constitution</u> were adopted to secure certain <u>common</u> <u>law</u> <u>rights</u> of the people, against invasion by the Federal Government."** Bell v. Hood, 71 F.Supp., 813, 816 (1947) U.S.D.C. -- So. Dist. CA. [emphasis added]

and "the law of the land" is common law, and NOT a statute; **"The principle that no person should be deprived of life, liberty, or property except by <u>due</u> <u>process</u> of <u>law</u> did not originate in the American system of <u>constitutional</u> law, but was contained in the Magna Charta (sometimes referred to as Chapter 29), confirmed on the 19th day of June, 1215, declared: "No freeman shall be taken, or imprisoned, or disseised, or outlawed, or exiled, or anywise destroyed; nor shall we go upon him, nor send upon him, but by lawful judgment of his peers or by the law of the land." It has even been said that the principle was known before Magna Charta and that it was originally designed to secure the subject against arbitrary action of the crown, and to place him under the protection of the law. It is settled beyond question that this principle came from England to America as part of the common law and has been a fundamental**

**rule in common law.  When first adopted in Magna Charta, the phrase, "law of the land," had reference to the common law and has been a fundamental rule in common law.**" 16 Am. Jur. 2d, Constitutional Law, Section 543. [emphasis added]

and all of these rights, and other common law rights were only affirmed by the Magna Carta and the Constitution for the United States of America, and they existed long prior to the existence of any government, and I have the right to do anything as long as I cause damage to no Man, Woman or Child, or their property, and My rights are not defined anywhere, because I have unlimited rights;

"**...the individual may stand upon his constitutional rights as a Citizen.  He is entitled to carry on his private business in his own way.  His power to contract is unlimited.  He owes no duty to the state or to his neighbors to divulge his business, or to open his doors to an investigation, so far as it may tend to incriminate him.  He owes no such duty to the state, since he receives nothing therefrom, beyond the protection of his life, liberty, and property.  His rights are such as existed by the law of the land long antecedent to the organization of the state, and can only be taken from him by due process of law, and in accordance with  the Constitution.  Among his rights are a refusal to incriminate himself, and the immunity of himself and his property from arrest or seizure except under (a judicial power warrant ) a  warrant of the law.  He owes nothing to the public so long as he does not trespass upon their rights.**" Hale v. Henkel, 201 U.S. 43

and I am receiving none of your so-called benefits;

"**Both in Roman and English law there are certain obligations which were not in truth contractual, but which the law treats as IF they were.  They are contractual in law, but not in fact, being the subject-matter of the sphere of contract to cover obligations which do not in reality fall within it.**" Salmond, Salmond on Jurisprudence, p. 642 (9th Edition, 1937, Sweet & Maxwell, Ltd. England).

"**It is a well settled rule of law that he who seeks benefits of contract must also assume burdens.**"  Higgins v. Monckton (1938), 28 C.A.2d 723, 83 P.2d 516.

"**A quasi contractual action presupposes acceptance and retention of a benefit by one party with full appreciation of the facts, under circumstances making it inequitable for him to retain the benefit without payment of its reasonable value.**" Major-Blakeney Co. v. Jenkins (1953), 121 C.A.2d 325, 263 P.2d 655, hear den.; Townsend Pierson, Inc. v. Holly-Coleman Co. (1960), 178 C.A.2d 373, 2 Cal. Rptr. 812.

"**Voluntary acceptance of benefit of transaction is equivalent to consent to all obligations arising from it, so far as facts are known, or ought to be known, to person accepting.**" Northern Assurance Co. v. Stout (1911), 16 C.A. 548, 117 P. 617.

"**Constructive/quasi contracts include obligations founded on statutory duties.**"  Donovan v. Kansas City, 175 S. W. 2d 874; In Re United Burton Co., 140 F. 495, 502.

"**Persons dealing with government are charged with knowing government statutes and regulations, and they assume the risk that government agents may exceed their authority and provide misinformation**" Lavin v. Marsh, 644 F.2nd 1378, 9th Cir., (1981)

"**All persons in the United States are chargeable with knowledge of the Statutes-at-Large. It is well established that anyone who deals with the government assumes the risk that**

the agent acting in the government's behalf has exceeded the bounds of his authority"
Bollow v. Federal Reserve Bank of San Francisco, 650 F.2d 1093, 9th Cir., (1981)

and all constructive/quasi contracts are based ONLY on the cestui que trust;
**"Constructive/quasi contracts are based solely upon a legal fiction or fiction of law."** Hill
v. Waxberg, 237 F.2d 936, and further,

Sixty-three. A US citizen as defined by the so-called Fourteenth Amendment has to be completely
subject to the jurisdiction of the United States, and therefore, is not one of "We the People"
(State Citizens), but is a corporation, a *cestui que* trust, or other fictitious entity;
**"The persons declared to be citizens are, "All persons born or naturalized in the United
States and subject to the jurisdiction of thereof." The evident meaning of these last
words is not merely subject in some respect or degree to the jurisdiction of the United
States, <u>but completely subject</u>..."** Elk v Wilkins, 112 US 94, 101, 102, (1884) [Emphasis
added]

**"...it is evident that they [US citizens] have not the political rights which are vested in
citizens of the States. They are not constituents of any community in which is vested any
sovereign power of government. Their position partakes <u>more of the character of
subjects than of citizens</u>. They are subject to the laws of the United States, but have no
voice in its management. If they are allowed to make laws, the validity of these laws is
derived from the sanction of a Government in which they are not represented. Mere
citizenship they may have, but the political rights of citizens they cannot enjoy..."** People
v. De La Guerra,40 Cal. 311, 342 (A.D. 1870) [emphasis added]

**"SUBJECT. SUBJECT may imply a state of subjection to a person, such as a monarch,
without much sense of membership in a political community or sharing in political rights
... It may on the other hand simply indicate membership in a political community with a
personal sovereign to whom allegiance is owed."** Webster's Third New International
Dictionary, MERRIAM-WEBSTER INC., Publishers 1986

**"[T]he term "citizen," in the United States, is analogous to the term "subject" in the
common law."** State vs Manual 20 NC 122, 14 C.J.S. 4, p 430

and a "<u>US citizen</u>" is a fictitious entity, and has no rights;
**"Therefore, the U.S. citizens residing in one of the states of the union, are classified as
property and franchises of the federal government as an "individual entity."** Wheeling
Steel Corp. v. Fox, 298 U.S. 193, 80 L. Ed. 1143, 56 S. Ct. 773

**"In our opinion, it was not the intent of the legislature to restrict the operation of the
statute to those only <u>who were subjects of the United States government</u> ..."**
Prowd v. Gore (1922) 57 Cal. App. 458, 459-461 [emphasis added]

**"Upon the other hand, the 14th Amendment, upon the subject of citizenship,
Declares only that "all persons born or naturalized in the United States, and <u>subject
to the jurisdiction thereof, are citizens of the United States</u>, and of the state wherein
they reside." Here there is a limitation to person born or naturalized in the United
States, which is not extended to person born in any place "<u>subject to their
jurisdiction.</u>""** Downes v. Bidwell (1900) 182 U.S. 244, 249-251, 45 L. Ed. 1088, 1092,
[emphasis added]

**"A "US Citizen" upon leaving the District of Columbia becomes involved in "interstate commerce", as a "resident" does not have the common-law right to travel, of a Citizen of one of the several states."** Hendrick v. Maryland S.C. Reporter's Rd. 610-625. (1914)

**"The right of trial by jury in civil cases, guaranteed by the 7th Amendment (Walker v. Sauvinet, 92 U. S. 90), and the right to bear arms, guaranteed by the 2nd Amendment (Presser v. Illinois, 116 U. S. 252), have been distinctly held not to be privileges and immunities of citizens of the United States guaranteed by the 14th Amendment against abridgement by the states, and in effect the same decision was made in respect of the guarantee against prosecution, except by indictment of a grand jury, contained in the 5th Amendment (Hurtado v. California, 110 U. S. 516), and in respect of the right to be confronted with witnesses, contained in the 6th Amendment."** West v. Louisiana, 194 U. S. 258.

**"The technical niceties of the common law are not regarded. . . .", 1 R.C.L. 31, p. 422. "A jury does not figure, ordinarily, in the trial of an admiralty suit. . . the verdict of the jury merely advisory, and may be disregarded by the court." 1 R.C.L. 40, p. 432. "[The] rules of practice may be altered whenever found to be inconvenient or likely to embarrass the business of the court." 1 R.C.L. 32, p. 423. "A court of admiralty. . . acts upon equitable principles." 1 R.C.L. 17, p. 416. "A libel of information [accusation] does not require all the technical precision of an indictment at common law. If the allegations describe the offense, it is all that is necessary; and if it is founded upon a statute, it is sufficient if it pursues the words of the law."** The Emily v. The Caroline, 9 Wheat. 381

**"...the privileges and immunities of citizens of the United States do not necessarily include all the rights protected by the first eight amendments [common law rights] to the Federal constitution against the powers of the Federal government."**
Maxwell v Dow, 20 S.C.R. 448, at pg 455;

**"The (14th) amendment referred to slavery. Consequently, the only persons embraced by its provisions, and for which Congress was authorized to legislate in the manner were those then in slavery."** Bowling v. Commonwealth, (1867), 65 Kent. Rep. 5, 29

**"No white person born within the limits of the United States and subject to their jurisdiction, or born without those limits and subsequently naturalized under their laws, owes his status of citizenship to the recent amendments to the Federal Constitution."**
Van Valkenburg v. Brown, 43 Cal 43

**"All citizens of the United States shall have the same right, in every State and Territory, as is enjoyed by white citizens thereof to inherit, purchase, lease, sell, hold, and convey real and personal property."** 42 USC § 1982

**"The term resident and citizen of the United States is distinguished from a Citizen of one of the several states, in that the former is a special class of citizen created by Congress."** U.S. v. Anthony 24 Fed. 829 (1873)

and because a <u>US citizen</u> is a "subject", it may also be taxed,
**"Tax - an impost; a <u>tribute imposed</u> on the <u>subject</u>; an excise; tallage. In public law, taxation signifies the system for raising money for public purposes by compelling the payment by individuals of sums of money called taxes.**

Some general principles of taxation have been said to be: 1) The <u>subjects of every State</u> ought to contribute to the support of the government as nearly as possible in proportion to their respective abilities; that is, in proportion to the revenue which they respectively enjoy under the protection of the State. In the observation or neglect of this maxim consists what is called the equality or inequality of taxation. Smith Wealth of Nat., c. 2; 5 Mill, Pol. Econ., cc. 2, 3)." The Dictionary of English Law, Sweet and Maxwell Ltd., London, 1959. [emphasis added]

"Slater's protestations to the effect that he derives no benefit from the United States government have no bearing on his legal obligation to pay income taxes. *Cook v. Tait*, 265 U.S. 47, 44 S.Ct. 444, 68 L.Ed. 895 (1924); *Benitez Rexach v. United States*, 390 F.2d 631, (1st Circ.), *cert. denied* 393 U.S. 833, 89 S.Ct. 103, 21 L.Ed.2d 103 (1968). <u>Unless the defendant can establish that he is not a citizen of the United States, the IRS possesses authority to attempt to determine his federal tax liability.</u>" UNITED STATES of America v. William M. SLATER (1982) (D. Delaware) 545 F.Supp 179, 182. [emphasis added]

and a taxpayer is a cestui que trust;
". . . (E)very taxpayer is a cestui qui trust having sufficient interest in the preventing abuse of the trust to be recognized in the field of this court's prerogative jurisdiction . . " In Re Bolens (1912), 135 N.W. 164.

therefore, a Social Security Number is the number for a cestui que trust, (a US citizen) and has no rights, except those granted by Congress;
"The only absolute and unqualified right of a United States citizen is to residence within the territorial boundaries of the United States," US vs. Valentine 288 F. Supp. 957,

"After the adoption of the 14th Amendment, a bill which became the first Civil Rights Act was introduced in the 39th Congress, the major purpose of which was to secure to the recently freed Negroes all the civil rights secured to white men... (N)one other than citizens of the United States were within the provisions of the Act." Hague v. C. I. O., 307 U. S. 496, 509,

and "US citizens" have no right to the custody of their children;
"Civil rights under the 14th amendment are for Federal citizens and not State Citizens; Federal citizens, as parents, have no right to the custody of their infant children except <u>subject</u> to the paramount right of the State." Wadleigh v. Newhall, Circuit Court N. Dist. Cal., Mar 13, 1905 [emphasis added]

and "US citizens" can even murder their unborn children by committing the common law crime of infanticide, and because the unborn are NOT "persons", then they are by definition State Citizens, which means the BAR members (foreign agents of the Crown) in the so-called courts are engaged in genocide against the American sovereignty, and this is proof that it has nothing to do with race, and has everything to do with slavery;
"The unborn are not included within the definition of "person" as used in the 14th Amendment." Roe v. Wade, US Supreme Court, 410 US 13, 35L. Ed. 2d 147, 1973, and further,

Sixty-four.   The so-called Fourteenth Amendment unlawfully converted citizenship into the opposite of what the founding fathers intended;

**"And while the Fourteenth Amendment does not create a national citizenship, it has the effect of making that citizenship "paramount and dominant" instead of "derivative and dependent" upon state citizenship."** Colgate v Harvey 296 US 404 at p 427

**"The amendment (fourteeth) reversed and annulled the original policy of the constitution,"** United States v. Rhodes, 27 Federal Cases, 785, 794.

**"The term resident and citizen of the United States is distinguished from a Citizen of one of the several states, in that <u>the former is a special class of citizen created by Congress.</u>"** U.S. v. Anthony 24 Fed. 829 (1873) [emphasis added], and further,

Sixty-five.   I shall completely ignore your codes, rules, and regulations because they do NOT apply to Me, and if **any** of your hired help perceive **any** obedience by Me, to any of your codes, rules, or regulations, it shall be viewed to be a mistake, or an accident,
**"The claim and exercise of a Constitutional (guaranteed) right cannot be converted into a crime".** Miller v US, 230 Fed 486,489

**"No State shall convert a liberty into a privilege, license it, and charge a fee therefore."** Murdock v. Pennsylvania, 319 US 105

**"There can be no sanction or penalty imposed upon one because of this exercise of constitutional rights."** Sherer v. Cullen, 481 F 946

**"If the State converts a right (liberty) into a privilege, the citizen can ignore the license and fee and engage in the right (liberty) with impunity."** Shuttlesworth v. City of Birmingham Alabama, 373 US 262:

except to say that if I expect common law remedies, I have to accept common law responsibilities, which means that I have to have respect for other people and their rights, including their right not to be injured by Me, therefore I have to travel safely, and as an example, if I am following a speed limit, it is not to be viewed by you or your subordinates that it is because I am concerned about following any of your codes, rules or regulations, but it should be viewed that I am trying to not cause injury to my neighbors who are also on the road, or my neighbors who are beside the road.
**"At Common Law there is no precise limit of speed. A traveler by automobile must adopt a reasonable speed." Gallagher v. Montplier, 52 ALR 744; 5 Am Jur. page 645.",** and further,

Sixty-six.   I have an unlimited right to resist any unlawful arrest with lethal force if necessary. It is my sincere wish that I never have to exercise that right, but I do have that right.
**"These principles apply as well to an officer attempting to make an arrest, who abuses his authority and transcends the bounds thereof by the use of unnecessary force and violence, as they do to a private individual who unlawfully uses such force and violence."** Jones v. State, 26 Tex. App. I; Beaverts v. State, 4 Tex. App. 1 75; Skidmore v. State, 43 Tex. 93, 903.

**"An illegal arrest is an assault and battery. The person so attempted to be restrained of his liberty has the same right to use force in defending himself as he would in repelling any other assault and battery."** (State v. Robinson, 145 ME. 77, 72 ATL. 260).

**"Each person has the right to resist an unlawful arrest. In such a case, the person attempting the arrest stands in the position of a wrongdoer and may be resisted by the use of force, as in self-defense."** State v. Mobley, 240 N.C. 476, 83 S.E. 2d 100.

**"One may come to the aid of another being unlawfully arrested, just as he may where one is being assaulted, molested, raped or kidnapped. Thus it is not an offense to liberate one from the unlawful custody of an officer, even though he may have submitted to such custody, without resistance."** (Adams v. State, 121 Ga. 16, 48 S.E. 910).

"Story affirmed the right of self-defense by persons held illegally. In his own writings, he had admitted that **"a situation could arise in which the checks-and-balances principle ceased to work and the various branches of government concurred in a gross usurpation."** There would be no usual remedy by changing the law or passing an amendment to the Constitution, should the oppressed party be a minority. Story concluded, **"If there be any remedy at all ... it is a remedy never provided for by human institutions."** That was the **"ultimate right of all human beings in extreme cases to resist oppression, and to apply force against ruinous injustice."** (From Mutiny on the Amistad by Howard Jones, Oxford University Press, 1987, an account of the reading of the decision in the case by Justice Joseph Story of the Supreme Court.

**"Similarly, a person cannot be convicted of resisting a peace officer in the execution of his duty unless the officer was acting strictly within the limits of his powers and duty. If the officer makes an unlawful arrest, then there is a common law right to resist that arrest."** Police Manual of Arrest, Seizure and Interrogation, 8th Edition, by The Honorable Roger E. Salhany, page 96, and further,

Sixty-seven.        If you receive commercial paper (Federal Reserve Notes, bank drafts, legal tender) for your compensation, then you do NOT receive lawful money and you are a cestui que trust and have no authority whatsoever, over Me. You and your subordinates have no more authority over Me than a Walmart rent-a-cop does, and further,

Sixty-eight. My ancestors were among those whose words created the republic of the United States of America;
**"When men entered into a State they yielded a part of their absolute rights, or natural liberty, for political or civil liberty, which is no other than natural liberty restrained by human laws, so far as is necessary and expedient for the general advantage of the public. <u>The rights of enjoying and defending life and liberty, of acquiring and protecting reputation and property, - and, in general, of attaining objects suitable to their condition, without injury to another, are the rights of a citizen; and all men by nature have them.</u>"**
Douglass, Adm'r., v. Stephens, Delaware Chancery, Vol. 1, Page 470 (1821) [Emphasis added]

and My ancestors were in America long before the War of Independence, as found in the pedigree chart which is attached to the <u>Corporate Denial Affidavit 062013</u>, which is recorded with the <u>Pinal County Recorder</u> at <u>Fee Number 2013-032373</u>, all of which is incorporated herein by reference in its entirety,
**"The term, citizens of the United States, must be understood to intend those who were citizens of a State, as such, after the Union had commenced, and the several States had assumed their sovereignties. Before this period there was no citizens of the United States..."** Manchester v. Boston, Massachusetts Reports, Vol. 16, Page 235 (1819),

and because I am a State Citizen, I am also a judicial power Citizen;

**"The judicial power is the power to hear those matters which affect life, liberty or property of the Citizens of the State."** Sapulpa v Land, 101 Okla. 22, 223 Pac. 640, 35 A.L.R. 872,

and, because I am a judicial power Citizen, I have the power to pass sentence, and My decision is not subject to appeal or modification in any way, except by a common law jury of My peers, and My decision is below, and no US citizen has the authority to convene a jury of My peers, therefore My decision is final, and their so-called courts have to recognize it, because they exist under My authority, and My court is superior to their so-called court, and further,

Sixty-nine. As a government employee you are an individual, and an "individual" is a <u>US citizen</u> (cestui que trust) as found in the color of law Title 5 United States Code entitled "<u>Records Maintained on Individuals</u>";
**"(2) the term "individual" means a citizen of the United States or an alien lawfully admitted for permanent residence;"** 5 USC § 552a.(a)(2)

and all government employees have Social Security Numbers, and therefore all government employees at all levels of government are "<u>US citizens</u>",
**"(13) the term "Federal personnel" means officers and employees of the Government of the United States, members of the uniformed services (including members of the Reserve Components), individuals entitled to receive immediate or deferred retirement benefits under any retirement program of the Government of the United States (including survivor benefits)."** 5 USC § 552a.(a)(13)

and no US citizen is competent to give evidence against Me, or represent Me, or make legal determinations for Me;
**"... "No black, or mulatto person, or Indian shall be allowed to give evidence in favor of, or against a white man."** People v. Hall (1854), 4 C. 399.

**"The words, "Indian," "Negro," "Black" and "White," are generic terms, designating race. Therefore, Chinese and all other people not white, are included in the prohibition from being witnesses against whites."** People v. Hall (1854), 4 C. 399.

**"People v. Hall (4 C. 399), excluding Chinese witnesses in suits to which white persons are parties, is affirmed."** Speer v. See Yup Co. (1859), 13 C. 73.

**"The indicium of color is not an infallible test of the competency of a witness, under the act excluding blacks, mulattoes, and Indians, from testifying for or against white persons."** People v. Elyea (1859), 14 C. 144.

**"It may be a sufficient test in many cases, but only when it is so decided as to leave no doubt of the race to which the witness belongs."** People v. Elyea (1859), 14 C. 144.

**"In a criminal action against a white person, a black or mulatto person--though the injured party--cannot, under the statute, be a witness against the defendant."** People v. Howard (1860), 17 C. 63.

**"The words "in favor of or against any white person," in the act prohibiting persons of one-half or more Indian blood, or Mongolian, or Chinese, from giving evidence, refer to the defendant alone in a criminal action. (Per Sanderson, C. J.)"** People v. Awa (1865), 27 C. 638.

and the so-called Fourteenth Amendment did not affect this, which exists to this day;

**"The fourteenth amendment to the Constitution of the United States does not conflict with the power of the legislature in the exercise of its discretion to exclude Chinamen from the right to testify in the state courts."**  People v. Brady (1870), 40 C. 198, 6 Am. Rep. 604, overruling People v. Washington (1869), 36 C. 658.

**"The evidence of a Chinaman cannot be admitted to prove a white man guilty of manslaughter."**  People v. Harrington (1872), 1 C.U. 768.

and these cases involving certain races, are really about <u>subjects</u>, because they are talking about those who were <u>subjects</u> at the time, and the same people are now called US citizens, therefore it is <u>citizen/subjects</u> that are not competent to give evidence against Me or any state citizen, and it also holds true that if they are not competent to give evidence for, or against Me, then it also holds true that they are not competent to make legal determinations for Me, and they are not competent to represent Me, and further,

Seventy.    I do not owe the United States, or any officer of the United States, any allegiance, you, and all officers of the United States owe Me allegiance. You have the oath of office and all that it implies, and you owe me the allegiance, and further,

Seventy-one.       At common law a proper name is NEVER spelled in ALL BLOCK CAPITAL LETTERS, therefore the cestui que trust GLENN WINNINGHAM FEARN is an attempt to enslave Me, and as found in the Roman Law Capitus dimunitio which is Canon law or the law of the Cana'anites;

**"Capitis Diminutio (meaning the diminishing of status through the use of capitalization) In Roman law. A diminishing or abridgment of personality; a loss or curtailment of a man's status or aggregate of legal attributes and qualifications."**

**"Capitis Diminutio Media (meaning a medium loss of status through the use of capitalization, e.g. John DOE) - A lessor or medium loss of status. This occurred where a man loses his rights of citizenship, but without losing his liberty. It carried away also the family rights."**

**"Capitis Diminutio Maxima (meaning a maximum loss of status through the use of capitalization, e.g. JOHN DOE or DOE JOHN) - The highest or most comprehensive loss of status. This occurred when a man's condition was changed from one of freedom to one of bondage, when he became a slave. It swept away with it all rights of citizenship and all family rights."**  Black's Law Dictionary 4th Edition [emphasis added], and further,

Seventy-two.       I am NOT a "resident" of your corporation called United States, (District of Columbia), but I have been an inhabitant of the land of Arizona, and the land of Texas, and the land of New York, and elsewhere on the land of North America from time to time;

**"Residents, as distinguished from citizens, are aliens who are permitted to take up a permanent abode in the country.  Being bound to the society by reason of their dwelling in it, they are subject to its laws so long as they remain there, and, being protected by it, they must defend it, although they do not enjoy all the rights of citizens.  They have only certain privileges which the law, or custom, gives them.  Permanent residents are those who have been given the right of perpetual residence.  They are a sort of citizen of a less privileged character, and are subject to the society without enjoying all its advantages.  Their children succeed to their status; for the right of perpetual residence given them by**

**the State passes to their children."**  The Law of Nations, Vattel, Book 1, Chapter 19, Section 213, p. 87

**"One does not necessarily become a non-resident by absconding or absenting himself from his place of abode."** 52 Mo. App. 291,

but a US citizen is a resident;
**"The term resident and citizen of the United States is distinguished from a Citizen of one of the several States, in that the former is a special class of citizen created by Congress."**
U.S. v. Anthony 24 Fed. 829 (1873) [Emphasis added], and further,

Seventy-three.     In America, there are State governments and a federal government, each government has citizens of its own;
**"…there is in our Political System, a government of each of the several States and a government of the United States.  Each is distinct from the other and has citizens of its own."** US vs. Cruikshank, 92 US 542

**"A person who is a citizen of the United States is necessarily a citizen of the particular State in which he resides. But a person may be a citizen of a particular State and not a citizen of the United States. To hold otherwise would be to deny to the State the highest exercise of its sovereignty, -- the right to declare who are its citizens."** State v. Fowler, 41 La. Ann. 380, 6 S. 602 (1889), [emphasis added]

**"Such construction ignores the rights of a State in virtue of its sovereignty to confer citizenship within its own limits, where the rights incident to such a status are not of the citizenship mentioned in the federal Constitution. It does not follow that, because one has all the rights and privileges of a citizen of a State, he must be a citizen of the United States. Such a distinction has long been recognized in this County."** See Scott v. Sandford, 19 How. (U.S.) 393, 15 L.Ed. 691; Mitchell v. Wells, 37 Miss. 235. [emphasis added]

**"Both before and after the 14th Amendment to the Federal Constitution it has not been necessary for a person to be a citizen of the U.S. in order to be a citizen of his State"** Crosse v. Board of Supervisors, Baltimore, Md., 1966, 221 A. 2d 431 citing US Supreme Court Slaughter House Cases and U.S. v. Cruikshank 92 US 542, 549, 23 L. Ed 588 1875

and My ancestors were in America long before the War of Independence, as described herein;
**"The term, citizens of the United States, must be understood to intend those who were Citizens of a State, as such, after the Union had commenced, and the several States had assumed their sovereignties.  Before this period there was no citizens of the United States..."** Manchester v. Boston, Massachusetts Reports, Vol. 16, Page 235 (1819),

and all of this is because of the law of nature, as described by Blackstone, and common law;
**"This law of nature, being coeval with mankind and dictated by God himself, is of course superior in obligation to any other. It is binding over all the globe in all countries, and at all times: no human laws are of any validity, if contrary to this; and such of them as are valid derive all their force, and all their authority, mediately or immediately, from this original."** Blackstone's Commentaries on the Laws of England (1765-1769) at number 41,

**"Every citizen & freeman is endowed with certain rights & privileges to enjoy which no written law or statute is required. These are the fundamental or natural rights, recognized among all free People."** U.S. v. Morris, 125 F 322, 325,

**"As general rule men have natural right to do anything which their inclinations may suggest, if it be not evil in itself, and in no way impairs the rights of others."** In Re Newman (1858), 9 C. 502.

**"All acts of the legislature apparently contrary to natural <u>rights</u> and justice are, in our law and must be in the nature of things, considered as void. The <u>laws</u> of nature are the laws of God, whose authority can be superseded by no power on earth. A legislature must not obstruct our obedience to him from whose punishments they cannot protect us. All human constitutions which contradict his (God's) laws, we are in conscience bound to disobey."** 1772, Robin v. Hardaway, 1 Jefferson 109. [emphasis added]

and My rights are not defined by some statute, and do not need to be defined by some statute, but My rights are defined by the Laws of YHWH (Yahushuah) as found in the King James Scripture and natural and common Laws as applicable to those remnants of the Tribes of Y'isra'El of whom I am part of, and common law was here long before any government; **"Every citizen & freeman is endowed with certain rights & privileges to enjoy which no written law or statute is required. These are the fundamental or natural rights, recognized among all free people."** U.S. v. Morris, 125 F 322, 325,

**"...the individual may stand upon his constitutional rights as a Citizen. He is entitled to carry on his private business in his own way. His power to contract is unlimited. He owes no duty to the State or to his neighbors to divulge his business, or to open his doors to an investigation, so far as it may tend to incriminate him. He owes no such duty to the State, since <u>he receives nothing therefrom</u>, beyond the protection of his life, liberty, and property. <u>His rights</u> are such as <u>existed by the law of the land long antecedent to the organization of the State</u>, and can only be taken from him by due process of law, and in accordance with the Constitution. Among his rights are a refusal to incriminate himself, and the immunity of himself and his property from arrest or seizure except under (a judicial power warrant ) a warrant of the law. He owes nothing to the public so long as he does not trespass upon their rights."** Hale v. Henkel, 201 U.S. 43, and further,

Seventy-four.       Because I can be a Citizen of a State without being a US citizen, therefore I am an American national, because nationality is common law;
**"It is however, true that in all common-law countries it has always and consistently been held that the wife and minor children take the nationality of the husband and father. That is common-law doctrine."** In Re Page 12 F (2d) 135.

**"NATIONAL a more general word, may apply to anyone owing permanent allegiance to a nation …. indicates one belonging to a broad category that includes both People who are legally citizens or subjects and <u>also People who have not attained such legal status</u>."** Webster's Third New International Dictionary, MERRIAM-WEBSTER INC., Publishers 1986 [emphasis added]

and the non-citizen nationals "<u>who have not attained such legal status</u>" have not consented to it, and the US Passport application even talks about a **"Non-citizen national"**, and further,

Seventy-five.       As a State Citizen, I am one of the Sovereign People, and part of the Sovereign body of People, and I have all of the rights of the King, as described herein, and My ancestors were in America long before the War of Independence, and under the original constitution, "we

the People" who were Citizens of the States could travel from State to State and enjoy all the rights and privileges of citizenship and governments are My agents with authority that I delegate, and EVERYTHING they do, with authority, is under My authority, and consistent ONLY within the four corners of the *lex scripta* and *lex non-scripta* and to do otherwise negates their authority,

**"A Sovereign is exempt from suit, not because of any formal conception or obsolete theory, but on the logical and practical ground that there can be no legal Right as against the authority that makes the law on which the Right depends."**
Kawananakoa v. Polyblank, 205 U.S. 349, 353, 27 S. Ct. 526, 527, 51 L. Ed. 834 (1907).

**"The sovereignty of a State does not reside in the persons who fill the different departments of its government, but in the People, from whom the government emanated; and they may change it at their discretion. Sovereignty, then in this country, abides with the constituency, and not with the agent; and this remark is true, both in reference to the federal and State government."** Spooner v. McConnell, 22 F 939 @ 943 [Emphasis added], and further,

and an "individual" is a <u>US citizen</u> (cestui que trust) as found in Title 5 United States Code entitled "<u>Records Maintained on Individuals</u>";
**"(2) the term "individual" means a citizen of the United States or an alien lawfully admitted for permanent residence;"** 5 USC § 552a.(a)(2)

and all government employees have Social Insurance Numbers, and a Social Security Number is a "<u>taxpayer identification number</u>" which means a Social Security Number is a number assigned to a cestui que trust, since all taxpayers are cestui que trusts, and all government employees at all levels of government are "<u>US citizens</u>", therefore ONLY cestui que trusts work for any government in America,
**"(13) the term "Federal personnel" means officers and employees of the Government of the United States, members of the uniformed services (including members of the Reserve Components), <u>individuals entitled to receive immediate or deferred retirement benefits under any retirement program</u> of the Government of the United States (including survivor benefits)."** 5 USC § 552a.(a)(13), [Emphasis added], and further,

Seventy-six.        These 2 classes of citizenship have existed from the beginning;
**"The Citizens of each State shall be entitled to all Privileges and Immunities of Citizens in the several States."** US Constitution Article 4, Section 2, Clause 1

**"Both before and after the 14th Amendment to the Federal Constitution it has not been necessary for a person to be a citizen of the U.S. in order to be a Citizen of his State"** Crosse v. Board of Supervisors, Baltimore, Md., 1966, 221 A. 2d 431 citing US Supreme Court Slaughter House Cases and U.S. v. Cruikshank 92 US 542, 549, 23 L. Ed 588 1875

**"…there is in our Political System, a government of each of the several States and a government of the United States. Each is distinct from the other and has citizens of its own."** US vs. Cruikshank, 92 US 542

and there have been 2 classes of citizens for thousands of years, and in the Old Testament the 2 classes of citizens are called a "stranger" (alien), and those "born in the land", and it was how the Egyptians enslaved the children of Israel, because the children of Israel were "strangers" (aliens) in the land of Egypt;

**"But the stranger that dwelleth among you shall be unto you as one born among you, and thou shalt love him as thyself; for ye were strangers in the land of Egypt;…"** Leviticus 19:34

**"Love ye therefore the stranger; for ye were strangers in the land of Egypt."** Deuteronomy 10:19

**"The rights of sovereignty extend to all persons and things, not privileged that are within the territory. They extend to all <u>strangers</u> <u>resident</u> therein; not only to those who are naturalized, and to those who are domiciled therein, having taken up their abode with the intention of permanent residence, but also to those whose residence is transitory. All <u>strangers</u> are under the protection of the sovereign while they are within his territory and owe a temporary allegiance in return for that protection."** Carlisle v United States 83 U.S. 147, 154 (1873) [emphasis added]

and a "stranger" (alien) is a "resident", and ONLY a "stranger" (alien) can be charged usury (interest) on a debt, which is why the banksters need a Social Security Number before they will "loan" their so-called money, because they can ONLY "loan" their so-called money to a "<u>US citizen</u>" (<u>resident</u>);

**"19 ¶Thou shalt not lend upon usury to thy brother; usury of money, usury of victuals, usury of any thing that is lent upon usury: 20 Unto a stranger thou mayest lend upon usury; but unto thy brother thou shalt not lend upon usury:"** Deuteronomy 23:19-20, and further,

Seventy-seven.      The fact of the existence of their non-positive law so-called statutes, and the truth of the matter is that to advance such "law" in contravention to *lex scripta* and *lex non scripta*, is a fraud and a nullity;

**"An unconstitutional act is not law; it confers no rights; it imposes no duties; affords no protection; it creates no office; it is in legal contemplation, as inoperative as though it had never been passed."** Norton vs Shelby County, 118 U.S. 425, p. 442,

**"Positive Law. Law actually and specifically adopted <u>by proper authority</u> for the government or an organized jural society."** Black's Law Dictionary, 5th Edition [Emphasis is mine]

**"absolute nullity. Civil law. 1. An act that is void because it is against public policy, law, or order. • The nullity is noncurable. It may be invoked by any party or by the court. See La. Civ. Code arts 7, 2030. 2. The state of such a nullity."** Black's Law Dictionary 8th Edition, p 3391

and everything done subsequent to their "color of law" is also a fraud and a nullity, and because the Congress and the Legislature is full of BAR members, even the positive law statutes are a fraud and a nullity,

**"it never became a law and was as much a nullity as if it had been the act or declaration of an unauthorized assemblage of individuals."** Ryan v. Lynch, 68 Ill. 160

because all law comes under My authority, and the authority of all judicial power citizens, and further,

Seventy-eight.      The US Congress has no authority in Texas, or Arizona, or Delaware, or any of the States, unless there is a federal enclave,

**"The law of Congress… do not extend into the territorial limits of the States, but have force only in the District of Columbia, and other places that are within the exclusive jurisdiction of the national government."** Caha v. United States, 152 U.S. 211 (1894),

**"The exclusive jurisdiction which the United States have in forts and dock-yards ceded to them, is derived from the express assent of the States by whom the cessions are made. It could be derived in no other manner; because without it, the authority of the State would be supreme and exclusive therein,"** U.S. v. Bevans, 16 U.S. 336, 3 Wheat, at 350, 351 (1818),

and they know they have no authority, and further,

Seventy-nine.        The **only** way they can do **anything** to cause Me injury in **any** way is with a jury of My peers or the law of the land (common law), as affirmed for "persons" ONLY in Article Five in Amendment, (Corinthians 7:22) which says;
**"No person shall be … deprived of life, liberty, or property, without due process of law; …."**Article Five in Amendment, Constitution for the United States of America,

because the phrase "due process of law" means common law, and a jury of My peers,
**"Ld. Coke in his commentary upon this statute says that these words "by the law of the land" mean "by the due course and process of law"; which he afterwards explains to be, "by indictment and presentment of good and lawful men where such deeds are done in due manner or by writ original of the common law" 2 Inst. 45,50"** Tayler v Porter, 4 Hill 773 (1843) New York Supreme Court, and further,

Eighty.        Article One in Amendment for the Constitution for the United States  of America says;
**"Congress shall make no law …. abridging ….. the right of the people…. to petition the government for a redress of grievances."**

and this is a re-affirmation of a common law right
**"History is clear that the first ten amendments to the <u>Constitution</u> were adopted to secure certain <u>common</u> <u>law rights</u> of the people, against invasion by the Federal Government."** Bell v. Hood, 71 F.Supp., 813, 816 (1947) U.S.D.C. -- So. Dist. CA.

and this common law right is re-affirmed in Chapter 40 of the Magna Carta which says;
**"To no one will we sell, to no one will we refuse or delay, right or justice."**

and this court has no right to sell their justice (charge a fee) or refuse their justice, and in the Texas Civil and Practice code it says that the rule of decision is common law of England;
**"RULE OF DECISION.  The rule of decision in this state consists of those portions of the common law of England that are not inconsistent with the constitution or the laws of this state, the constitution of this state, and the laws of this state."** Section 5.001 Texas Civil and Practice Code, and further,

Eighty-one. I cannot be sued in My own court;
**"and because it brings into action, and enforces this great and glorious principle, that the People are the sovereign of this country, and consequently that fellow Citizens and joint sovereigns <u>cannot be degraded by appearing with each other in their own courts to have their controversies determined.</u>"**Chisolm v Georgia 2 Dall. 440, [Emphasis added],

**"A Sovereign is exempt from suit, not because of any formal conception or obsolete theory, but on the logical and practical ground that there can be no legal Right as against the authority that makes the law on which the Right depends."**
Kawananakoa v. Polyblank, 205 U.S. 349, 353, 27 S. Ct. 526, 527, 51 L. Ed. 834 (1907).

**"Sovereignty itself is, of course, not subject to law, for it is the author and source of law; but in our system, while sovereign powers are delegated to the agencies of government, sovereignty itself remains with the people, by whom and for whom all government exists and acts."** Yick Wo v Hopkins, 118 US 356, at pg 370;

**"There is no such thing as power of inherent Sovereignty in the government of the United States. In this country sovereignty resides in the People, and Congress can exercise no power which they have not, by their Constitution entrusted to it; All else is withheld."** Julliard v Greenman 110 U.S. 421, and further,

Eighty-two. It is perjury of oath of office to make presumptions an officer of the court has no right to make;
**"The power to create presumptions is not a means of escape from constitutional restrictions."** Bailey v Alabama, 219 U.S. 219, 238, et seq., 31 S. Ct. 145; Manley v Georgia, 279 U.S. 1, 5-6, 49 S. Ct. 215, and further,

Eighty-three.        If Congress shall make no laws abridging the right of the people to Petition the government for a redress of their grievances, then it would be equally wrong for the Courts to make regulations (fees), which operate to do the same thing.  Furthermore, for the Courts to charge a fee for "we the people" to file a petition, it would be converting a right into a privilege, because filing fees are really a tax and are sometimes referred to as such by the Courts, and I have not agreed this tax, and further,

Eighty-four. The State of Texas is a for profit corporation organized under the laws of the United States, and all Texas Courts are also "for profit" corporations organized under the laws of the United States, which is why congress can tell the State of Texas how to organize their Legislature, and Senate as found in Title 4 of the United States Code, and this is also why both the State of Texas and all Texas courts are found on the Dunn and Bradstreet website listed as "for profit" corporations, and further,

Eighty-five. Because the State of Texas, and all Texas courts are "for profit" corporations organized under the laws of the United States, they are instrumentalities of the United States, therefore they have nothing to do with the de jure Texas republic, and are subject to all of the limitations that are on the United States, including those found in the First Article in Amendment as explained in the Paragraph above, and further,

Eighty-six.  Furthermore, I, have never received any **"income"**. According to U.S. v Ballard, 535 F. 2d 400, 404, the word **"income"** has not been defined in Title 26, Internal Revenue Code. The definition, therefore is limited to the meaning of the word at the time it was enacted. In Merchant's Loan & Trust Company v Smietanka, 255 U.S. 509 at pgs 518, 519 (1921), the Supreme Court held,
**There would seem to be no room to doubt that the word (income) must be given the same meaning in all Income Tax Acts of Congress that was given to it in the Corporation Excise Tax Act and what meaning is has now become definitely settled by decisions of the court.**

That definition of income was clearly given in 1918 in the Supreme Court decision of Doyle vs. Mitchell, 247 U.S. 179, at pg 185;
**"Whatever difficulty there may be about a precise and scientific definition of 'income,' it imports, as used here [in the Internal Revenue Code] ....the idea of gain or increase arising from corporate activities...." We must reject in this case... the broad contention submitted in behalf of the Government that all receipts, everything that comes in -- are income within the proper definition of the term 'gross income'.**

The Supreme Court in Eisner v Macomber, 252 U.S. 189 ruled:
**"...it becomes essential to distinguish between what is and what is not "income," according to truth and substance without regard to form. Congress cannot, by any definition it may adopt, conclude the matter, since it cannot by legislation, alter the Constitution, from which it derives its power to legislate, and which within those limitations alone, that power can be unlawfully exercised... [Income is] <u>Derived -- from -- capital -- the -- gain -- derived -- from -- capital</u>, etc. Here we have the essential matter -- <u>not</u> gain <u>accruing</u> to capital, not a <u>growth</u> or <u>increment</u> of value <u>in</u> the investment; but a <u>gain</u>, a profit, something of exchangeable value ... <u>severed from</u> the capital however invested or employed, and <u>coming in</u>, being <u>"derived,"</u> that is <u>received</u> or <u>drawn by</u> the recipient for his <u>separate</u> use, benefit and disposal -- that is the income derived from property. Nothing else answers the description...."**

and the emphasis was in the original, and therefore, income is corporate profits, and as a sovereign living soul, I am not, a US citizen, 14th Amendment citizen, corporation, or other fictitious entity, therefore, I have no income, and further,

Eighty-seven.        I do not have any assets. Persons and corporations have assets and I am neither. Assets are listed on a balance sheet, which shows assets and liabilities for accounting purposes for a corporation. The same holds true for income and expenses, which are also for corporations, and are part of bookkeeping by accountants where they show income versus expenses for the corporation. I am not saying I do not have property, because I do have property, but the property I have is not an asset, and I have no income or expenses because I am not a US Citizen, 14th Amendment citizen, corporation, or other fictitious entity as defined by your current and FRAUDULENT Fourteenth Amendment, and further,

Eighty-eight.        I am not a US citizen, 14th Amendment citizen, corporation, or other fictitious entity, but I am a sovereign living soul as described in the Petition. I, Me, My, or Myself, also known as Glenn Winningham; house of Fearn, am not a vessel of any kind, or a knowing, willing, intentional surety or accommodation party for any entity.
**One sovereign does not need to tell another sovereign that they are sovereign, they is sovereign by their very existence. "The rule in America is that the American people are the sovereigns, and in them is lodged all power, and the agencies of government possess no authority save that which is delegated to them by the people in the written compact entered into between the people, which is styled the 'Constitution,' and the laws adopted by the representatives of the people.....consistent therewith." Kemper v. State, 138 Southwest 1025 (1911), page 1043.**, and further,

Eighty-nine.        Pursuant to HJR 192 dated June 5, 1933, there is no money, and it is against public policy to use money, therefore, no financial institution has any money. The only thing that financial institutions have is credit on account belonging, or non-redeemable federal reserve notes, which are IOU's, and none of that is money, and further,

Ninety.    Because of the compelled use of commercial paper, and also because all banks are instrumentalities of Congress, the banks have no money. Anything on account with the banks is not money, but credit. I have tried to get Federal Reserve Notes redeemed (12 USC § 411) and the bank tellers laughed at me, the Comptroller of the Currency referred Me to the US Treasury, and they laughed at me too. I have been forced to use a qualified endorsement for any check drafts that I get which says; "FOR DEPOSIT FOR CREDIT ON ACCOUNT OR IN EXCHANGE FOR NON-REDEEMABLE FEDERAL RESERVE NOTES AT FACE VALUE", because I have NEVER received "dollars" (money) from a bank, and further,

Ninety-one. Furthermore, pursuant to HJR 192 dated June 5, 1933, it is against public policy to pay a debt, therefore this Court could not accept payment if it was tendered, and further,

Ninety-two. It is a felony for the Clerk to accept Federal Reserve Notes as a tender in the payment of a debt, because commercial paper does not pay the debt, therefore, even if I was subject to said taxes, it is impossible to pay the taxes as requested, and further,

Ninety-three.    As a member of the sovereignty, I have in my possession much more than twenty-one dollars in lawful money (twenty-one ea 1 troy ounce silver eagle coins), therefore, I am not a vagrant or bankrupt, (like most of those who deal in commercial paper – Federal Reserve Notes), as described herein, and further,

Ninety-four. As a member of the sovereignty, I converted some silver coin into land and I hold absolute ownership in that land, with a land patent, and all the rights and privileges associated with the land patent, and further,

Ninety-five. When I work, I have a compensation contract which provides for Me to be compensated for My labor with eighty dollars a week but most of that has to be converted into commercial paper (Federal Reserve Notes) or bank credit. Most places refuse gold or silver coin and want commercial paper (Federal Reserve Notes or bank credit) instead because Congress had made it against public policy to pay a debt, (HJR 192 dated June 5, 1933, & 31 USC § 5118), but labor is NOT an article of commerce, under your 15 USC  § 17,
**"The labor of a human being is not a commodity or article of commerce…."** 15 USC § 17 and further,

Ninety-six.  I have not been able to get any work since August of 2012, because the banksters are driving the economy into the dirt, and the unconstitutional Department of Homeland Security is defaming Me with their E-Verify program, and their unconstitutional defamatory databases, and further,

Ninety-seven.    While I try to live as frugally as possible, and carry as little debt as possible, my savings are almost wiped out, because of being out of work for almost a year, and further,

Ninety-eight.    All of this was previously decided in the US Supreme Court case 07-5764, and is now *res judicata*, and *stare decisis*, and further,

Ninety-nine.    The word "public" is another word for the government;
**"Public, n. The whole body politic, or the aggregate of the citizens of the state, district or municipality. Knight v. Thomas, 93 Me. 494, 45 A. 499.**

**Public, adj. Pertaining to a state, nation, or whole community, proceeding from, relating to, or affecting the whole body of the people or an entire community. Open to all;**

**notorious. Common to all or many; general; open to common use. Morganv. Creep 46 Vt. 786, 14 Am.Rep. 640; Crane v. Waters, C.C.Mass., 10 F. 621. Belonging to the people at large; relating to or affecting the whole people of a state, nation, or community; not limited or restricted to any particular class of the community. People v. Powell, 280 Mich. 699, 274 N.W. 372, 373, 111 A.L.R.721." Black's Law Dictionary, 4th Edition, page 1393 [emphasis added]**

**"public,adj.1. Relating or belonging to an entire community, state, or nation. [Cases: Municipal Corporations 721. C.J.S. Municipal Corporations §§ 1557–1559.] 2. Open or available for all to use, share, or enjoy. 3. (Of a company) having shares that are available on an open market. [Cases: Corporations 3. C.J.S. Corporations §§ 5–7, 62.]**

**public,n.1. The people of a nation or community as a whole <a crime against the public>.2. A place open or visible to the public <in public>."** Black's Law Dictionary, 8th Edition, Page 3875

a. and the first time "public law" is the text of any Act, or Resolution, or Proclamation, or Treaty, etc., in the entire Statutes at Large is where it actually differentiates "public laws" from "laws" as follows;
   **"Chap. XIII. - An Act for the establishment of a territorial government in Florida."** which was approved on March 30, 1822, in Volume 3, Seventeenth Congress, Session I, under Sec. 9., at 3 Stat. 657, which says; **"And the laws of the United States relating to the revenue and its collection, subject to the modification stipulated by the fifteenth article of the treaty of the twenty-second February, one thousand eight hundred and nine, in favour of Spanish vessels and their cargoes; and all other public laws of the United States, which are not repugnant to the provisions of this act, shall extend to, and have fall force and effect in, the territory aforesaid.",** [emphasis added],

   i. therefore, "public laws of the United States" is that affect the District of Columbia, and the Territories, and corporations, and other entities that are established under the authority of the United States government, and this is consistent with other statutes;
   **"Chap. LXXI. - An Act prescribing the form of the enacting and resolving Clauses of Acts and Resolutions of Congress, and Rules of construction therefore."** which was approved on Feb 25, 1871, in Volume 16, Forty-First Congress, Session III, under Sec. 2., at 16 Stat. 431, says;
   **"And be it further enacted that in all Acts hereinafter passed…; and the word "person" may extend and be applied to bodies politic and corporate…",** and,

   ii. **"Chap. 854. - An Act To establish a code of law for the District of Columbia."** which was approved on March 3, 1901, in Volume 31, Fifty-Sixth Congress, Session II, under Sec. 2., at 31 Stat. 1189, says; **"2. And be it further enacted That in the interpretation and construction of said code the following rules shall be observed, namely;…Third. The word "person" shall be held to apply to partnerships and corporations, unless such construction would be unreasonable, and the reference to any officer shall include any person authorized by law to perform the duties of his office…"**

b. which is consistent with other federal codes when they say a "person" is a fictitious entity, **"(a) When used in this title, where not otherwise distinctly expressed or manifestly incompatible with the intent thereof—**

**(1) Person** - The term "person" shall be construed to mean and include an individual, a trust, estate, partnership, association, company or corporation." 26 USC § 7701. Definitions,

c.   and the US Supreme Court;
Inasmuch as <u>every government</u> is an <u>artificial person</u>, an abstraction, and a <u>creature of the mind only</u>, a government can interface <u>only with other artificial persons.</u> The imaginary, having <u>neither actuality nor substance,</u> is foreclosed from creating and attaining parity with the tangible. The legal manifestation of this is that <u>no government, as well as any law, agency, aspect, court, etc. can concern itself with anything other than corporate, artificial persons and the contracts between them.</u> Penhallow v. Doane's Administraters 3 U.S. 54; 1 L.Ed. 57; 3 Dall. 54, (1795), and further,

One hundred.      Filing fees are a tax, as described herein as well as your color of law code;
"<u>(a) The term "person" shall have the meaning assigned to it in section 3797 of title 26.</u>
**(b) The term "sales or use tax" means any tax levied on, with respect to, or measured by, sales, receipts from sales, purchases, storage, or use of tangible personal property, except a tax with respect to which the provisions of section 104 of this title are applicable.**
**(c) The term "income tax" means any tax levied on, with respect to, or measured by, net income, gross income, or gross receipts.**
**(d) The term "State" includes any Territory or possession of the United States.**
**(e) The term "Federal area" means any lands or premises held or acquired by or for the use of the United States or any department, establishment, or agency, of the United States; and any Federal area, or any part thereof, which is located within the exterior boundaries of any State, shall be deemed to be a Federal area located within such State."**
4 USC § 110 Definitions

**"(12) Taxing jurisdiction.— The term "<u>taxing jurisdiction</u>" means any of the several States, the District of Columbia, or any territory or possession of the United States, <u>any municipality</u>, city, county, township, parish, transportation district, or assessment jurisdiction, or any other political subdivision within the territorial limits of the United States with the authority to impose a tax, <u>charge</u>, or <u>fee</u>." 4 USC § 124 Definitions** [emphasis added]

and in spite of the fact that the BAR Members that work for the US Congress creating color of law by codifying statutes, are trying to hide it, I found that 26 USC § 3797 was changed to 26 USC § 7701;
**"(a) <u>When used in this title</u>, where not otherwise distinctly expressed or manifestly incompatible with the intent thereof—**
**(1) Person**
**The term "<u>person</u>" shall be construed to mean and include an <u>individual, a trust, estate, partnership, association, company or corporation.</u>**
**(30) <u>United States person</u>**
**The term "United States person" means—**
**(A) a <u>citizen or resident of the United States,</u>**
**(B) a domestic partnership,**
**(C) a domestic corporation,**
**(D) any estate (other than a foreign estate, within the meaning of paragraph (31)), and**
**(E) any trust if—**

**(i) a court within the United States is able to exercise primary supervision over the administration of the trust, and**
**(ii) one or more United States persons have the authority to control all substantial decisions of the trust."** 26 USC § 7701 Definitions [emphasis added], and further,

One hundred one. I have not found any lawful authority for any fee beyond $5.00, which is found in;
**"Chap. 204. – An Act To provide fees to be charged by clerks of the district courts of the United States"**, which was approved on February 11, 1925, in Volume 43, Sixty-eighth Congress, Session II, under Sec. 2., at 43 Stat. 857, which says;
**"Sec. 2. Upon the institution of any suit or proceeding, whether by original process, removal, indictment, information or otherwise, there shall be paid by the party or parties so instituting such suit or proceeding, as fees of the clerk for all services to be performed by him in such case or proceeding, except as hereinafter provided, the sum of $5.",** and further,

One hundred two.  Sometimes a clerk masquerading as a Judge and others are engaged in a treason and a seditious conspiracy by attempting to overthrow My de jure common law jurisdiction, by criminally converting My de jure state Citizenship into one of their US citizen/cestui que trusts when they conspire together to compel Me to pay taxes/filing fees;
**"The taxing power, being in its nature unlimited over the subjects within its control, would enable the state governments to destroy the above-mentioned rights…"**
Crandall v Nevada 73 U. S. 35 (1867)

**"All subjects over which the sovereign power of the state extends are objects of taxation, but those over which it does not extend are exempt from taxation. This proposition may also be pronounced as self-evident. The sovereignty of the state extends to everything which exists by its authority or its permission."** McCullough v Maryland, 17 U.S. [4 Wheat] 316 (1819).

and I do NOT exist by permission of the state, and the state has a duty of protection of my rights, and any attempt to tax me or otherwise regulate Me in my efforts to obtain that protection is in violation of My Article One in Amendment for the Constitution for the United States of America unlimited and unregulatable right to Petition the government for a redress of grievances,
**"Congress shall make no law .... abridging ..... the right of the people.... to petition the government for a redress of grievances."**
Article 1 in Amendment, The Constitution of the United States

and it is converting a right into a privilege;
**"No State shall convert a liberty into a privilege, license it, and charge a fee therefore."**
Murdock v. Pennsylvania, 319 US 105

**"There can be no sanction or penalty imposed upon one because of this exercise of constitutional rights."** Sherer v. Cullen, 481 F 946

**"If the State converts a right (liberty) into a privilege, the citizen can ignore the license and fee and engage in the right (liberty) with impunity."**
Shuttlesworth v. City of Birmingham Alabama, 373 US 262:

and because all officers of the court are presumed to know the law as described herein, and the first ten Articles in amendment to the Constitution for the <u>United States of America</u> are a re-affirmation of My common law rights

**"History is clear that the first ten amendments to the <u>Constitution</u> were adopted to secure certain <u>common</u> <u>law</u> <u>rights</u> of the people, against invasion by the Federal Government."**
Bell v. Hood, 71 F.Supp., 813, 816 (1947) U.S.D.C. -- So. Dist. CA. [emphasis added]

and the right to petition the government for a redress of grievances is a reaffirmation of the **Petition of Right** which is taken from Chapter 61 of the Magna Carta;

**"…and for the better allaying of the quarrel that has arisen between us and our barons,… and, laying the transgression before us, petition to have that transgression redressed without delay. And if we shall not have corrected the transgression…within forty days, reckoning from the time it has been intimated to us …the four barons aforesaid shall refer that matter to the rest of the five and twenty barons, [grand jury] and those five and twenty barons shall, together with the community of the whole realm, distrain and distress us in all possible ways…"** Magna Carta Section 61 [Emphasis added],

and Chapter 40 of the Magna Carta which says;
**"To no one will we sell, to no one will we refuse or delay, right or justice."**

and in Texas, the rule of your decision is supposed to be common law;
**"RULE OF DECISION. The rule of decision in this state consists of those portions of the common law of England that are not inconsistent with the constitution or the laws of this state, the constitution of this state, and the laws of this state."**
Section 5.001 Texas Civil and Practice Code.

because you are supposed to recognize state law where this case originated, and you have no right to charge Me any fees, and it pays for the errors and omissions insurance for the bencher, and it nullifies the oath of office of the bencher, and converts them into a judicial whore, and because you accept the commercial paper, you are NOT sovereign, and you are compelling Me to surrender My sovereignty as well, <u>which is treason</u>, by tendering it;
**"Governments descend to the level of mere private corporation, and take on the characteristics of a mere private citizen where private corporate commercial paper and securities i.e. is concerned. ...For purposes of suit, such corporations and individuals are regarded as entities entirely separate from government."** Clearfield Trust Co. v. United States 318 U.S. 363-371 (1942)

**"Governments lose their immunity and descend to level of private corporations when involved in commercial activity enforcing negotiable instruments, as in fines, penalties, assessments, bails, taxes, the remedy lies in the hand of the state and its municipalities seeking remedy."** Rio Grande v. Darke, 167 P. 241, and further,

One hundred three.          Demanding filing fees, is ultra vires of this courts authority;
**"Ultra vires. An act performed without any authority to act on subject. Haslund v. City of Seattle, 86 Wash.2d 607, 547 P.2d 1221, 1230. Acts beyond the scope of the powers of a corporation, as defined by its charter or laws of state of incorporation. State ex rel. v. Holston Trust Co., 168 Tenn. 546, 79 S.W.2d 1012, 1016. The term has a broad application and includes not only acts prohibited by the charter, but acts which are in excess of powers granted and not prohibited, and generally applied either when a corporation has no power whatever to do an act, or when the corporation has the power but exercises it irregularly. People ex rel. Barrett v. Bank of Peoria, 295 Ill.App. 543, 15 N.E.2d 333, 335.**

**Act is ultra vires when corporation is without authority to perform it under any circumstances or for any purpose. By doctrine of ultra vires a contract made by a corporation beyond the scope of its corporate powers is unlawful. Community Federal Sav. & Loan Ass'n of Independence, Mo. v. Fields, C.C.A. Mo., 128 F.2d 705, 708.** <u>**Ultra vires act of municipality is one which is beyond powers conferred upon it by law. Charles v. Town of Jeanerette, Inc., La.App., 234 So.2d 794, 798.**</u>" Black's Law Dictionary 6th Edition page 1522, [emphasis added],

and under color of office,
"**Color of office. Pretense of official right to do act made by one who has no such right. Kiker v. Pinson, 120 Ga.App. 784, 172 S.E.2d 333, 334. An act under color of office is an act of an officer who claims authority to do the act by reason of his office** <u>**when the office does not confer on him any such authority. Maryland Cas. Co. v. McCormack, Ky., 488 S.W.2d 347, 352.**</u>" Black's Law Dictionary 6th Edition, page 266 [emphasis added], and further,

One hundred four. I have searched the United States of America Statutes at Large, and there is NOT any of them that are properly authenticated as required by;
"**Chap. XI. – An Act to prescribe the mode in which the Public Acts, Records, and judicial proceedings in each State, shall be authenticated so as to take effect in every other State.**", which was Approved May 26, 1790, by the first Congress, Session II at 1 Stat. 122, where it says;

"**…that the records and judicial proceedings of the courts of any state, shall be proved or admitted in any other court within the United States, by the attestation of the clerk, and the seal of the court annexed, if there be a seal, together with a certificate of the judge, chief justice, or presiding magistrate, as the case may be, that the said attestation is in due form. And the said records and judicial proceedings authenticated as aforesaid, shall have such faith and credit given to them in every court within the United States, as they have by law or usage in the courts of the state from whence the said records are or shall be taken.**"

"**Under the act of May 26, 1790, prescribing the mode in which the public records in each State shall be authenticated by having the seal of the State affixed thereto are conclusive evidence of such acts in every other State. No other formality is required, than the annexation of the seal, and in the absence of all the contrary proof, it must be presumed to have been done by an officer having the custody thereof, and competent authority to do the act.**" United States v Amedy, 11 Wheat 392, 6 Cond. Rep. 362

and they are NOT authenticated as required by;
"**Chap. XIV – An Act to provide for the safe-keeping of the Acts, Records, and Seal of the United States, and for other purposes.**" that was <u>Approved</u> on <u>Sept. 15, 1789,</u> First Congress, Session I, at 1 Stat. 68, under Section 1., which says;

"***Section. 1. Be it enacted by the Senate and House of Representatives of the United States  of America in Congress assembled,*** That the Executive department, denominated the Department of Foreign Affairs, shall hereinafter be denominated the Department of State, and the principal officer therein shall hereinafter be called the Secretary of State.**"

and under Sec. 2., it says;
"**Sec. 2. *And be it further enacted,* That whenever a bill, order, resolution, or vote of the Senate and House of Representatives, having been approved and signed by the**

President of the United States…and thereby become a law or take effect, it shall, in such case, be received by the said Secretary from the President of the Senate,  or the Speaker of the House of Representatives, in whatsoever House it shall last have been so approved; and said Secretary shall, as soon as conveniently may be, after he shall receive the same, cause such law, order, resolution, and vote,…<u>one  printed copy to be delivered to each Senator and Representative of the United States, and two printed copies duly authenticated to be sent to the Executive authority of each State, and he shall carefully preserve the originals</u>, and shall cause the same to be recorded in books to be provided for the purpose.", at 1 Stat. 68, [emphasis added],

and under Sec. 5., it says;
**"Sec. 5. *And be it further enacted,* That the said Secretary shall cause a seal of office to be made for the said department of such device as the President of the United States shall approve, and <u>all copies of records and papers in said office, authenticated under said seal, shall be evidence equally as the original record or paper</u>.", at 1 Stat. 69,** [emphasis added],

and I have also found;
**"Chap. LXI – An Act for authenticating certain Records."** that was <u>Approved</u> on <u>Feb. 22, 1849</u>, Thirtieth Congress, Session II, at 9 Stat. 346, under Section 1., which says;
**"Section. 1. *Be it further enacted,* That the Solicitor of the Treasury shall cause a seal to be made and provided for his office, with such device as the President of the United States shall approve, and copies of any public documents, records, books, or papers belonging to or on the files of the said office, <u>under the signature of the said Solicitor…accompanied by an impress of the said seal, shall be competent evidence in all cases equally with the original records, documents, books, or papers</u>.",** [emphasis added], and,

under Sec. 2., it says;
**"Sec. 2. *And be it further enacted,* That the said Secretary shall cause a seal of office to be made for the said department of such device as the President of the United States shall approve, and <u>all copies of records and papers in said office, authenticated under said seal, shall be evidence equally as the original record or paper</u>.", at 9 Stat. 347,** [emphasis added], and,

under Sec. 3., it says;
**"Sec. 3. *And be it further enacted,* <u>That all books, papers, documents, and records in the War, Navy, Treasury, and Post-Office Departments, and the Attorney-General's office, may be copied and certified under seal in the same manner as those in the State Department may now by law be, and with the same force and effect</u>, and the said Attorney-General shall cause a seal to be made and provided for his office, with such device as the President of the United States shall approve.", at 9 Stat. 347,** [emphasis added],

and none of them are authenticated in any way, like statutes do in Arizona and Texas, therefore the Statutes at Large, are nothing but Mother Goose's fairy tales, and **<u>where is your authority</u>**, except that federal corporate commercial thugs are sent out to steal My property, and assault My right to pursue happiness, and assault Me, and kidnap Me, and the so-called courts offer themself to provide a remedy, and it is deliberate and calculated because it makes so much business for their so-called court, therefore if the Court demands the tax, then the clerks

masquerading as judges and their BAR member buddies are selling their so-called justice, and further,

One hundred five.  In answer to specific questions brought up in the questionnaire;

    a.  I am NOT a "person", as already described herein, and further,

    b.  I do not have a spouse, as already described herein. A "spouse" is a "person" and My wife is NOT a "person" as affirmed by the US Court of Appeals for the Ninth Circuit when they aided and abetted their hired thugs at the border to deny her right to travel home to Arizona (at the time), in case number 03-17320, and further,

    c.  I do NOT have "income" because income is defined by the US Supreme court as corporate profits, as described herein, and further,

    d.  I am NOT an "employee" because an "employee" is a government employee and ONLY a US citizen or other "person" can be an "employee" for the government, as described herein, and further,

    e.  I do NOT have an "employer", because "persons" are "employees" with "employers", and I have already said that I am NOT a "person" as described herein, but I do get compensation for labor, when the unconstitutional Department of Homeland Security is NOT defaming Me to the point that nobody will hire Me, and further,

    f. I do NOT have any assets, or liabilities, or income, or expenses, as described herein. Assets, liabilities, income, and expenses, are all part of a corporate balance sheet where they compare assets and liabilities, income and expenses. I do have property, but it is NOT an asset. I do use gold and silver coin (lawful money), but it is NOT an expense, and further,

    g.  As far as "persons" owing Me money,
        i.   your corporation United States District Court for the Northern District of Texas owes Me one hundred and forty million pieces of silver (1 troy ounce each), as evidenced by the Petition that was filed with the 236th District Court in Texas as case number 236-261874-12, all of which is incorporated herein by reference in its entirety, and,

        ii.  David Knox and his FEDEX corporation now owe me three hundred million pieces of silver, (1 troy ounce each), as evidenced by the Petition that was filed with the 236th District Court in Texas as case number 236-261874-12, all of which is incorporated herein by reference in its entirety, and,

        iii. your corporation United States owes me eight hundred and forty-five million dollars in lawful money (pieces of silver - 1 troy ounce each) as defined by the Coinage Act of 1792, as found in the US Treasury Secretary Notice and Demand 041509, which was served on Timothy Geithner on 29 April 2009, all of which is incorporated herein by reference in its entirety, and,

        iv.  the IRS owes Me fifteen million dollars in lawful money, (pieces of silver - 1 troy ounce each) as defined by the Coinage Act of 1792, as evidenced by the Commercial Lien which is recorded with the Pinal County Recorder at Fee Number 2005-176346, all of which is incorporated herein by reference in its entirety, and,

v.   the BAR members at Tiffany & Bosco owe Me <u>three billion, one hundred and thirty million and five thousand dollars</u> in lawful money as evidenced by the Commercial Lien which is recorded with the Pinal County Recorder at Fee Number 2006-008260, all of which is incorporated herein by reference in its entirety, and,

vi.   the banksters at JP Morgan Chase now owe Me <u>five hundred and twenty-two million and five thousand dollars</u> in lawful money as evidenced by the Commercial Lien which is recorded with the <u>Pinal County Recorder</u> at <u>Fee Number 2005-107493A</u>, all of which is incorporated herein by reference in its entirety, and,

vii.   the banksters at Wilshire Credit Corporation now owe Me <u>five hundred and ten million and five thousand dollars</u> in lawful money as evidenced by the Commercial Lien which is recorded with the <u>Pinal County Recorder</u> at <u>Fee Number 2005-121873</u>, all of which is incorporated herein by reference in its entirety, and,

viii.   the banksters at Capital One Bank now owe Me <u>seventeen million and five thousand dollars</u> in lawful money as evidenced by the Commercial Lien which is recorded with the <u>Pinal County Recorder</u> at <u>Fee Number 2005-121874</u>, all of which is incorporated herein by reference in its entirety, and,

ix.   the thieves at US Airways now owe Me <u>one billion, four hundred and twenty million dollars</u> in lawful money as evidenced by the Invoice which is attached to the US Airways Notice and Demand which is recorded with the Pinal County Recorder at Fee Number 2006-085160, all of which is incorporated herein by reference in its entirety, and, further,

h.   I have sons and daughters who do need me to provide the needs of life for them, but they are NOT "persons" as already described herein, and further,

i. Because the Department of Homeland Security (sic)  is busy defaming me I have not been able to get a compensation for labor contract since August of 2012, which is almost 2.5 years, all of which is the subject of the next lawsuit, and further,

j. As much as BAR members would love for me to hire one of their attorney buddies, and thereby declare myself as being incompetent, and an imbecile, and convert Myself into a ward of the court, so they would have license to do whatever they would like to do, in their martial law court, but I have no intention of ever hiring a BAR member who is also a foreign agent of the Vatican, (all of them), and further,

k.   I am NOT a "resident" as described herein, and further,

l. I do not have a Social Security Number, as described herein, and I have NEVER had a Social Security Number, and the Social Security Act is NOT positive law;
**"Chapter 531. - An Act To provide for the general welfare by establishing a system of Federal old-age benefits, and by enabling the several States to make more adequate provision, for aged persons, blind persons, dependent and crippled children, maternal and child welfare, public health, and the administration of their unemployment compensation laws; to establish a Social Security Board; to raise a revenue; and for other purposes."** which was approved on August 14, 1935, in Volume 49, Seventy-fourth Congress, Session I, at 49 Stat. 620, and,

I have done a key word search in my electronic *.pdf version of the Social Security Act, and it says absolutely nothing about a <u>Social Security Number</u>, but it does talk about "<u>person</u>" on numerous occasions, therefore it is talking ONLY about corporations as described herein, and it means absolutely nothing to me, and I do NOT even know what a Social Security Number is, and it is suborning fraud to compel the disclosure of a Social Security Number, or even part of one, because I will have to fabricate something, and there is no law anywhere that says anything about a Social Security Number, or that anybody has to get one, and further,

One hundred six.   For all of the foregoing reasons, I, Me, My, or Myself, also known as Glenn Winningham; house of Fearn hereby DEMAND that this court ORDER the Clerk of the Court to serve the SUMMONS' so that this case can proceed without the setoff of any taxes, and further,

The Undersigned, I, Me, My, or Myself, also known as Glenn Winningham; house of Fearn, of Original Jurisdiction, and <u>Judicial Power Citizen</u>, by right of blood, do herewith declare, state and say;  I issue this Declaration with sincere intent in truth, that I am competent to state the matters set forth herein, and shall so testify in a lawful court, that the contents are true, correct, complete, certain, admissible as evidence, and reasonable and just, by Me, undersigned addressee, one of "We the People", and not a corporation or a fiction of any type, and further,

Signed and sealed in red ink on the land of Texas, under penalties with perjury, (28 USC § 1746 (1)), under the laws of the United States of America, and without the United States, and further,

Further Affiant sayeth not,

It has been said, so it is done.     Signed and sealed this _____ seventh_ day in October, in the year, two Thousand and Fourteen.

_____ L.S.
Glenn Winningham; house of Fearn, sui juris
sovereign living soul, holder of the office of "the People"
Inhabitant of the land known as Texas
With full responsibility for my actions
under the Laws of YHWH  as found in the Holy Bible
with a Postal address of;
Non-Domestic Mail
C/O 6340 Lake Worth Blvd., #437
Fort Worth, Texas
ZIP CODE EXEMPT
18 USC § 1342, DMM 602.1.3.e.2